WESLEY SZE, SBN 306715
wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

JASON W. MYATT (*pro hac vice* forthcoming)
jmyatt@gibsondunn.com
ANDREI F. MALIKOV (*pro hac vice* forthcoming)
amalikov@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000

OLEH VRETSONA (*pro hac vice* forthcoming)
ovretsona@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Telephone: 202.955.8500

*Attorneys for Plaintiff*
*Apple Inc.*

FILED

Oct 20 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

APPLE INC.,

Plaintiff,

v.

VK LLC,

Defendant.

Case No.

**DECLARATION OF WESLEY SZE IN SUPPORT OF (1) APPLE INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND (2) APPLE INC.'S MOTION FOR ALTERNATIVE SERVICE**

I, Wesley Sze, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration.

2. I am a Partner of the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Apple Inc. in this action. I provide this declaration in support of (1) Apple's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue, and (2) Apple's Motion for Alternative Service. Unless otherwise indicated, the statements in this declaration are true and correct based upon my personal knowledge. If called as a witness, I could and would competently testify to the matters stated in this declaration.

**Exhibits for Apple's Request for Judicial Notice**

3. Apple seeks judicial notice of certain court records in the lawsuit that VK LLC filed against Apple, Apple Distribution International Ltd., and Apple Rus LLC in the Arbitrazh Court of the City of Moscow, Case No. A40-250513/26-12-2188. I obtained a copy of each of the documents listed below in their original form below from Apple's local counsel in Russia. I sent each document to a translation service. For each document, a certified translator has provided a translator certification declaring that (a) the translator is fluent in the Russian and English languages, and (b) the translated text has been translated from Russian to English to the best of their knowledge and belief and in a form that best reflects the intention and meaning of the original text.

4. For each of the following exhibits, I have included a true and correct copy of (i) the certified translation into English, (ii) the translator certification, and (iii) the document in its original language:

a. **Exhibit 1:** Statement of Claim filed by VK LLC on August 18, 2026 in Case No. A40-250513/26-12-2188, in the Arbitrazh Court of the City of Moscow;

b. **Exhibit 2:** Annex 3 (Record of Inspection) to the Statement of Claim filed by VK LLC on August 18, 2026 in Case No. A40-250513/26-12-2188, in the Arbitrazh Court of the City of Moscow;

c. **Exhibit 3:** Annex 20 (Power of Attorney) to the Statement of Claim filed by VK LLC on August 18, 2026 in Case No. A40-250513/26-12-2188, in the Arbitrazh Court of the City of Moscow;

d. **Exhibit 4:** Ruling issued by Judge A.S. Chadov, entered on September 3, 2026 in Case No. A40-250513/26-12-2188, in the Arbitrazh Court of the City of Moscow; and

e. **Exhibit 5:** Motion to Inspect the Case File in Person at the Courthouse filed September 8, 2026 in Case No. A40-250513/26-12-2188, in the Arbitrazh Court of the City of Moscow.

5. Attached hereto as **Exhibit 6** is a true and correct copy of the Council Implementing Regulation (EU) 2026/1708 of 13 July 2026 that was published in the Official Journal of the European Union. I obtained this document from EUR-Lex, an official website of the European Union, at <www.eur-lex.europa.eu/eli/reg_impl/2026/1708/oj/eng> on October 18, 2026.

6. Attached hereto as **Exhibit 7** is a true and correct copy of the Russia Judicial Assistance Information webpage published by the U.S. Department of State. I obtained this document from the official website of the U.S. Department of State at <https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html> on October 18, 2026.

7. Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot from the contact page of VK's company website. I obtained this document from <https://vk.company/en/company/contacts/> on October 18, 2026.

**Efforts to Identify Registered Agent of Service of Process for VK LLC**

8. I directed legal professional staff to run business entity searches for "VK LLC," "VK, LLC," and "V K LLC" using the publicly available business registration databases maintained by the secretary of state (or equivalent agency or department) for each of the 50 states and the District of Columbia.

9. I have reviewed the results of these searches. None of these searches yielded a match or identified a registered agent for service of process for any foreign entity registered under any of the names searched.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on October 19, 2026 in Palo Alto, California.

Wesley Sze