# EXHIBIT 2

# RECORD OF INSPECTION

---

**Russian Federation**

**City of Moscow**

**The seventeenth day of August, two thousand twenty-six**

I, Dmitry Sergeevich Myakinchenko, Notary of the City of Moscow (Order No. 652 dated October 24, 2018, License No. 77-399 dated October 3, 2014, issued by the Main Directorate of the Ministry of Justice of the Russian Federation for Moscow), pursuant to Articles 102 and 103 of the Fundamentals of Legislation of the Russian Federation on Notaries, at the request and in accordance with the application (dated August 13, 2026, without a number) of **"VK" LIMITED LIABILITY COMPANY**, Taxpayer Identification Number (INN of the legal entity): 7743001840, Primary State Registration Number (OGRN): 1027739850962, Tax Registration Reason Code (KPP): 771401001, address of the legal entity: 39 LENINGRADSKY PROSPEKT, BUILDING 79, MOSCOW, 125167, a legal entity operating under its Charter, name of the authority that registered the constituent document: Interdistrict Inspectorate No. 46 of the Federal Tax Service of Russia for Moscow, **represented by Ekaterina Konstantinovna Edina**, citizenship: Russian Federation, sex: female, passport 69 14 625550, issued by the Department of the Directorate of the Federal Migration Service of Russia for the Tomsk Region in the Kirovsky District of Tomsk on June 30, 2015, division code 700-009, acting under Power of Attorney No. VK-2.1-26-212 dated June 16, 2026 (hereinafter the "Applicant"),

and in their presence,

inspected documentary evidence, namely, information posted on the Internet at https://apple.com/ in the Applicant's accounts on the App Store Connect and Apple Developer Program web platforms, to record information required for use as evidence, including in possible court proceedings.

The website is inspected without delay and without notice to the parties or the persons who posted information on that website, as there are grounds to believe that giving notice to the parties would make subsequent production of the evidence impossible or difficult and that the information may be changed or deleted.

The inspection was conducted in meeting room "B" on the fourth floor of the "Sky Light" business center at 39 Leningradsky Prospekt, Building 79, Moscow.

The inspection was conducted on August 13, 2026 (commenced at 1:05 PM; concluded at 1:23 PM).

Preparation of this Record of Inspection was completed on August 17, 2026 at 12:40 PM.

The inspection was conducted using a laptop computer owned by “VK” LLC (MacBook Air, with an “Apple M1” chip, serial number C02FK1KLQ6LD, running macOS Sequoia, version 15.6, with a built-in Retina display (13.3 inches).

The computer is set to determine the date and time automatically.

The computer being inspected connects to the Internet wirelessly through the corporate Wi-Fi network named "VK_Guest." Internet access is provided by VK.

The Safari web browser, version 18.6 (20621.3.11.11.3), was used during the inspection

**1.** After turning on the computer, we record the general information about the computer used for this inspection in "About This Mac" in the Apple menu, identified by the Apple logo (an "apple with a bite taken out of it"); the "General" section of "System Settings," followed by the "About" tab; and the "Wi-Fi" and "Date & Time" sections of "System Settings."

Screenshots of the computer being inspected, showing the above sections and subsections of the Apple menu open on the computer, are provided in Appendix No. 1 to this Record of Inspection (three pages).

**2.** Following the procedure established by the Applicants for inspecting and recording information, we use the Safari browser to access the App Store Connect web platform at https://appstoreconnect.apple.com/.

A page containing a sign-in form opens. E.K. Edina then signs in to the website by entering a username and password.

An overall view of the page inspected is provided in Appendix No. 2 to this Record of Inspection (one page).

**3.** These actions open the "Apps" section as the home page of the "VK LLC" user account, at https://appstoreconnect.apple.com/apps (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The above username is displayed in the upper right corner of the page that opens, as well as on all other pages of the website inspected and described below in this Record of Inspection. Clicking the down-arrow button in the upper right corner to the right of "VK LLC" opens a window displaying "Elena Bagudina" on the first line and "iOS-mail.ru@corp.mail.ru" on the second line.

At the top of the page are active links to the sections of the account being inspected on the App Store Connect web platform at https://appstoreconnect.apple.com/: "Apps," "Trends," "Reports," "Business," and "Users and Access."

The page that opens displays the contents of the "Apps" section (the heading "Apps" appears at the top of the page).

Immediately below this heading is a field with the following text on a beige background: "Your Apple Developer Program membership has expired Your membership has expired. Your app has been removed from the App Store until your membership is renewed. To renew, the Account Holder must sign in to the Apple Developer website and renew the membership. Learn More" ("sign in" and "Learn More" are active link text).

Below, the page displays app icons accompanied by the app names and their current status, including the following app icons of interest to the Applicant for this inspection:

- "VK: social network, messenger" (status: "Pending Agreement");
- "VK Music: Books and Podcasts" (status: "Pending Agreement");
- "Odnoklassniki: Social ..." (status: "Pending Agreement").

An overall view of the webpage and an overall view of that page displaying the App Store Connect account user's details are provided in Appendix No. 3 to this Record of Inspection (two pages). Some information on the page was concealed when printed, as it constitutes a trade secret and is unrelated to the subject matter of this inspection.

**4.** We then click the "VK: social network, messenger" app icon, which takes us to https://appstoreconnect.apple.com/apps/564177498/distribution/ios/version/deliverable (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "VK: social network, messenger." Below the heading are the text blocks "iOS App," "8.183.1 Ready for Distrib..." (accompanied by a green checkmark; hovering over this text block also displays a window to its right with the text "Ready for Distribution") and "iOS App Version 8.183.1."

On the left are active links to other pages of the website being inspected, including an active link labeled "App Review."

An overall view of the page is provided in Appendix No. 4 to this Record of Inspection (one page).

**5.** On the page described in paragraph 4 of this Record of Inspection, we follow the active link labeled "App Review."

This opens the page at https://appstoreconnect.apple.com/apps/564177498/distribution/reviewsubmissions (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "VK: social network, messenger." Below the heading are the text blocks "iOS App," "8.183.1 Ready for Distrib...," "App Review," and "All items submitted for review and correspondence with Apple are shown below."

An overall view of the webpage inspected is provided in Appendix No. 5 to this Record of Inspection (one page).

**6.** We return to the page described in paragraph 3 of this Record of Inspection and click the "VK Music: Books and Podcasts" app icon, which takes us to https://appstoreconnect.apple.com/apps/1054372220/distribution/ios/version/deliverable (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "VK Music: Books and Podcas...". Below the heading are the text blocks "iOS App," "8.30.1 Ready for Distrib..." (accompanied by a green checkmark; hovering over this text block also displays a window to its right with the text "Ready for Distribution"), and "iOS App Version 8.30.1."

On the left are active links to other pages of the website being inspected, including an active link labeled "App Review."

An overall view of the page is provided in Appendix No. 6 to this Record of Inspection (one page).

**7.** On the page described in paragraph 6 of this Record of Inspection, we follow the active link labeled "App Review."

This opens the page at https://appstoreconnect.apple.com/apps/1054372220/distribution/reviewsubmissions (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "VK Music: Books and Podcas..." Below the heading are the text blocks "iOS App," "8.30.1 Ready for Distrib...," "App Review," and "All items submitted for review and correspondence with Apple are shown below."

An overall view of the webpage inspected is provided in Appendix No. 7 to this Record of Inspection (one page).

**8.** We return to the page described in paragraph 3 of this Record of Inspection and click the "Odnoklassniki: Social ..." app icon, which takes us to https://appstoreconnect.apple.com/apps/398465290/distribution/ios/version/deliverable (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "Odnoklassniki: Socia...". Below the heading are the text blocks "iOS App," "11.63.1 Ready for Distrib..." (accompanied by a green checkmark; hovering over this text block also displays a window to its right with the text "Ready for Distribution"), and "iOS App Version 11.63.1."

On the left are active links to other pages of the website being inspected, including an active link labeled "App Review."

An overall view of the page is provided in Appendix No. 8 to this Record of Inspection (one page).

**9.** On the page described in paragraph 8 of this Record of Inspection, we follow the active link labeled "App Review."

This opens the page at https://appstoreconnect.apple.com/apps/398465290/distribution/reviewsubmissions (when this page opens, only part of the URL is displayed: "appstoreconnect.apple.com").

The page that opens is headed "Odnoklassniki: Socia...". Below the heading are the text blocks "iOS App," " 11.63.1 Ready for Distrib...," "App Review," and "All items submitted for review and correspondence with Apple are shown below."

An overall view of the webpage inspected is provided in Appendix No. 9 to this Record of Inspection (one page).

**10.** We return to the page described in paragraph 3 of this Record of Inspection and follow the active link labeled "**sign in**" (at the top of the page, in the text block on a beige background: "Your Apple Developer Program membership has expired Your membership has expired. Your app has been removed from the App Store until your membership is renewed. To renew, the Account Holder must sign in to the Apple Developer website and renew the membership. Learn More") to https://developer.apple.com/account on the Apple Developer Program web platform within the same apple.com website.

We then click the profile icon (a "circle with a person inside") in the upper right corner. A window appears displaying "Elena Bagudina" on the first line and "iOS-mail.ru@corp.mail.ru" on the second line.

At the top of the page is an active link labeled "Enroll today."

An overall view of the webpage (including the "user profile" information displayed) is provided in Appendix No. 10 to this Record of Inspection (five pages).

**11.** We follow the active link labeled "Enroll today" to https://developer.apple.com/enroll/ineligible/account-holder.

We record an overall view of the page that opens. We then click the profile icon (a "circle with a person inside") in the upper right corner. A window opens displaying "Elena Bagudina" on the first line and "iOS-mail.ru@corp.mail.ru" on the second line.

An overall view of the webpage (including the "user profile" information displayed) is provided in Appendix No. 11 to this Record of Inspection (two pages).

During the inspection, the information in Appendices Nos. 1-11 was printed on paper. Comparison of the printed information with the information posted on the website being inspected at https://apple.com/ in the Applicant's accounts on the App Store Connect and Apple Developer Program web platforms revealed no distortions or corrections in the printed content.

No comments were received from the Applicants during the inspection of the information.

This Record (seven pages), with Appendices Nos. 1-11 (nineteen pages), has been drawn up in two originals, one of which remains in the files of D.S. Myakinchenko, Notary of the City of Moscow, at 18A Ermolaevsky Lane, Moscow, and the other is issued to the Applicant.

The Record was read aloud by the Notary.

[hw: Ekaterina Konstantinovna Edina] [signature]

---

Entered in the register under No. 77/2048-n/77-2026-3-1820.

Fee paid for the notarial act: 34,900 rubles 00 kopecks.

The notarial act was performed outside the notary's office at 39 Leningradsky Prospekt, Building 79, Moscow.

D.S. Myakinchenko

[seal: Notary D. S. Myakinchenko, Notarial District of the City of Moscow]

19.758.938




APPENDIX NO. 1


System Settings
Edit
View
Window
Help
Thu, Aug 13 1:11 PM
Wi-Fi
Search
Elena Bagudina
Apple Account
Wi-Fi
This setting lets your Mac connect securely to the internet after signing in to the network.
Turn Wi-Fi on or off and choose a network to join. Learn more...
VK_Guest
Connected
More Info...
VK_Guest
Connected
TCP/IP
DNS
WINS
802.1X
Proxies
Hardware
Automatically join this network
Private Wi-Fi address:
Fixed:
Using a private address helps reduce tracking of your Mac across Wi-Fi networks. A fixed private address is assigned to reduce tracking on the selected Wi-Fi network without increasing connection time. Learn more about private Wi-Fi addresses...
Wi-Fi address:
6C:a6:c4:d5:23:91
Low data mode
Low Data Mode helps reduce your Mac's data usage over Wi-Fi...
Limit IP address tracking
Limit IP address tracking by hiding your IP address from known trackers in Safari and Mail.
Forget This Network...
Cancel
OK
Ask to join hotspots
Allow this device to automatically discover nearby Personal Hotspots when no Wi-Fi network is available.
Advanced...
MacBook Air
Chip Apple M1
Memory 8 GB
Serial Number C02FK1KLQ6LD
macOS Sequoia 15.6
More Info...
Safari
Version 18.6 (20621.3.11.11.3)
Copyright © 2003-2025 Apple Inc.
All rights reserved.
AUG
13
tv


System Settings
Edit
View
Window
Help
Thu, Aug 13 1:12 PM
Date & Time
Search
Elena Bagudina
Apple Account
Wi-Fi
Bluetooth
Network
Battery
General
Displays
Screen Saver
Wallpaper
Appearance
Control Center
Desktop & Dock
Accessibility
Apple Intelligence & Siri
Spotlight
Notifications
Sound
Focus
Screen Time
Lock Screen
Privacy & Security
Touch ID & Password
Set time and date automatically
Source:
Apple (apple.com.) Set...
Date & Time:
Aug 13, 2026, 1:12:06 PM
24-hour time
Show 24-hour time on Lock Screen
Set time zone automatically using your current location
Time zone:
Moscow Standard Time
Closest city:
Moscow, Russia
Updated time zone information is available and will be installed on the next restart
?
MacBook Air
Chip Apple M1
Memory 8 GB
Serial Number C02FK1KLQ6LD
macOS Sequoia 15.6
More Info...
Safari
Version 18.6 (20621.3.11.11.3)
Copyright © 2003-2025 Apple Inc.
All rights reserved.
AUG
13
tv




APPENDIX NO. 2 2




APPENDIX NO. 3

Safari File Edit View History Bookmarks Window Help Thu, Aug 13 1:14 PM

appstoreconnect.apple.com

App Store Connect Apps Trends Reports Business Users and Access Elena Bagudina VK LLC

# Apps

iOS-mail.ru@corp.mail.ru
**Edit Profile**

✔ VK LLC

App Store Connect Help

Sign Out

**Your Apple Developer Program membership has expired**
Your membership has expired. Your app has been removed from the App Store until your membership is renewed. To renew, the Account Holder must sign in to the Apple Developer website and renew the membership. **Learn More**

**Review the new social media questions in Age Ratings**
Check App Information to see whether the new questions about social media capabilities apply to your app. **Learn More**

**VK: social network, messenger**
Pending Agreement

[redacted]

AUG 13

Safari File Edit View History Bookmarks Window Help Thu, Aug 13 1:15 PM

appstoreconnect.apple.com

App Store Connect | Apps | Trends | Reports | Business | Users and Access | Elena Bagudina VK LLC

# VK: social network, messenger

Distribution | Analytics | TestFlight | Xcode Cloud

iOS App
8.183.1 Ready for Distrib...

Add Platform

General
- App Information
- App Review
- History

App Store
- App Priva...
- App Accessib...
- Ratings and Reviews
- In-App Events
- Custom Product Pa...
- Product Page Optim...
- Promo Codes
- Game Center
- Pricing and Availab...
- In-App Purchases
- Subscriptions

DISCOVERABILITY

## iOS App Version 8.183.1

Ready for Distribution

The Apple Developer Program License Agreement has been updated. To review and accept the updated agreement, sign in to your account on the Apple Developer website.

**Update Your Age Ratings Responses about Social Media**
Respond to the new social media questions in App Information by September 7, 2026.
**Go to App Information**

The assets and metadata below appear on your product page when users install your app. After your app is released, this information will also be used by internet search engines to generate search results.

English (U.S.) v

### App Previews and Screenshots

Add accurate screenshots of your app on the latest devices to better demonstrate its user interface. We will use these screenshots for all display sizes and localizations. Screenshots are required only for the iOS app, and only the first 3 will be used in app installation cards.

iPhone | iPad | Apple Watch

View All Sizes in Media Manager.

**iPhone**
**6.5-inch Display**




AUG 13

APPENDIX NO. 4

Safari File Edit View History Bookmarks Window Help Thu, Aug 13 1:15 PM

appstoreconnect.apple.com

App Store Connect | Apps | Trends | Reports | Business | Users and Access | Elena Bagudina

## VK: social network, messenger

Distribution | Analytics | TestFlight | Xcode Cloud

iOS App
- 8.183.1 Ready for Distrib...

Add Platform

**General**
- App Information
- App Review
- History

**App Store**
- App Priva...
- App Accessib...
- Ratings and Reviews
- In-App Events
- Custom Product Pa...
- Product Page Optim...
- Promo Codes
- Game Center
- Pricing and Availab...
- In-App Purchases
- Subscriptions
- DISCOVERABILITY

### App Review

All items submitted to App Review and correspondence with Apple are shown below.

### Submissions

View your last 10 completed submissions from the past 180 days below.

| SUBMISSION DATE | VERSION | SUBMITTED BY | ITEMS | STATUS |
|---|---|---|---|---|
| **Jun 18 at 10:28 PM** | iOS 8.183.1 | Aleksandr Utev | 1 item | ● Review Completed |
| **Jun 17 at 7:04 PM** | iOS 8.183 | Aleksandr Utev | Items: 2 | ● Review Completed |
| **Jun 13 at 1:37 AM** | iOS 8.182.1 | Aleksandr Utev | 1 item | ● Review Completed |
| **Jun 12 at 3:49 PM** | iOS 8.182.1 | Aleksandr Utev | 1 item | ○ Removed |
| **Jun 10 at 5:56 PM** | iOS 8.182 | Alexander Danilov | 1 item | ● Review Completed |
| **Jun 3 at 6:56 PM** | iOS 8.181 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 28 at 6:43 PM** | iOS 8.180.1 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 27 at 9:26 PM** | iOS 8.180 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 20 at 7:13 PM** | iOS 8.179 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 13 at 6:42 PM** | iOS 8.178 | Aleksandr Utev | 1 item | ● Review Completed |
| **Mar 31, 2024** | iOS 8.75 (4962) Beta App | Eugene Plotnikov | 1 item | ● Completed |
| **Nov 20, 2023** | iOS 8.58 (4494) | Maria Osina | 1 item | ● Completed |

AUG 13

APPENDIX NO. 5 5




APPENDIX NO. 6 6

Safari File Edit View History Bookmarks Window Help Thu, Aug 13 1:15 PM

appstoreconnect.apple.com

App Store Connect Apps Trends Reports Business Users and Access Elena Bagudina

## VK Music: Books and Podcas…

Distribution Analytics TestFlight Xcode Cloud

iOS App

8.30.1 Ready for Distrib...

Add Platform

General

- App Information
- App Review
- History

App Store

- App Priva...
- App Accessib...
- Ratings and Reviews
- In-App Events
- Custom Product Pa...
- Product Page Optim...
- Promo Codes
- Game Center
- Pricing and Availab...
- In-App Purchases
- Subscriptions
- DISCOVERABILITY

### App Review

All items submitted to App Review and correspondence with Apple are shown below.

### Submissions

View your last 10 completed submissions from the past 180 days below.

| SUBMISSION DATE | VERSION | SUBMITTED BY | ITEMS | STATUS |
| --- | --- | --- | --- | --- |
| **Jun 19 at 2:07 PM** | iOS 8.30.1 | Maria Faizullina | 1 item | ● Review Completed |
| **Jun 18 at 10:59 PM** | iOS 8.30.1 | Aleksandr Utev | 1 item | ● Review Completed |
| **Jun 17 at 7:05 PM** | iOS 8.30 | Aleksandr Utev | 1 item | ● Review Completed |
| **Jun 13 at 1:23 AM** | iOS 8.29.1 | Aleksandr Utev | 1 item | ● Review Completed |
| **Jun 12 at 3:32 PM** | iOS 8.29.1 | Aleksandr Utev | 1 item | ○ Removed |
| **Jun 10 at 5:59 PM** | iOS 8.29 | Alexander Ulanov | 1 item | ● Review Completed |
| **Jun 3 at 6:40 PM** | iOS 8.28 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 28 at 5:46 PM** | iOS 8.27 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 20 at 7:10 PM** | iOS 8.26 | Aleksandr Utev | 1 item | ● Review Completed |
| **May 15 at 1:22 PM** | iOS 8.25 | Maria Faizullina | 1 item | ● Review Completed |
| **Nov 14, 2023** | iOS 6.37.0 (271) | Vasiliy Kozlov | 1 item | ● Completed |
| **Aug 18, 2023** | iOS 6.31.2 (235) | Nikita Berezin | 1 item | ● Completed |

AUG 13

APPENDIX NO. 7




APPENDIX NO. 8

8




## App Review

All items submitted to App Review and correspondence with Apple are shown below.

## Submissions

View your last 10 completed submissions from the past 180 days below.

| SUBMISSION DATE | VERSION | SUBMITTED BY | ITEMS | STATUS |
|---|---|---|---|---|
| **Jun 22 at 10:47 PM** | iOS 11.63.1 | Evgeny Kulinchenko | 1 item | ● Review Completed |
| **Jun 20 at 2:06 AM** | iOS 11.63 | Vladimir Gordeev | 1 item | ● Review Completed |
| **Jun 18 at 9:13 PM** | iOS 11.62.1 | Evgeny Kulinchenko | 1 item | ● Review Completed |
| **Jun 15 at 5:34 PM** | iOS 11.62 | Maria Faizullina | 1 item | ● Review Completed |
| **Jun 11 at 9:11 PM** | iOS 11.62 | Artemiy Sleptsov | 1 item | ● Review Completed |
| **Jun 8 at 6:56 PM** | iOS 11.61.1 | Evgeny Kulinchenko | 1 item | ● Review Completed |
| **Jun 5 at 5:29 PM** | iOS 11.61 | Evgeny Kulinchenko | 1 item | ● Review Completed |
| **May 29 at 8:09 PM** | iOS 11.60 | Dmitry Shadrin | 1 item | ● Review Completed |
| **May 29 at 4:44 PM** | iOS 11.60 | Dmitry Shadrin | 1 item | ○ Removed |
| **May 22 at 8:20 PM** | iOS 11.59 | Denis Chudakov | 1 item | ● Review Completed |
| **Mar 20, 2023** | iOS 9.22 (3977014) | Dmitry Ryabochkin | 1 item | ● Completed |

APPENDIX NO. 9 9




APPENDIX NO. 10

10


Safari File Edit View History Bookmarks Window Help
Thu, Aug 13 1:20 PM
developer.apple.com
App Store Connect
Account - Apple Developer
Developer
Account
Elena Bagudina
Join the Apple Developer Program
Learn about the program ›
Tools and resources
Xcode
Learn more ›
Swift Playground
Learn more ›
Software Downloads
View downloads ›
Feedback Assistant
Learn more ›
Forums
Visit forums ›
AUG
13


Safari File Edit View History Bookmarks Window Help
Thu, Aug 13 1:20 PM
developer.apple.com
App Store Connect
Account - Apple Developer
Account
Feedback Assistant
Learn more ›
Forums
Visit forums ›
Profile
Customize your experience with Apple Developer. Create a developer profile to get personalized news, updates, and activity announcements based on your interests and preferences. Learn more.
Get started
Emails
AUG
13
tv


Safari File Edit View History Bookmarks Window Help
Thu, Aug 13 1:20 PM
developer.apple.com
App Store Connect
Account - Apple Developer
Account
Emails
We'll send important messages about your developer account and services to the email address associated with your Apple Account (iOS-mail.ru@corp.mail.ru). To update this address, and to manage preferences for email updates on Apple products, services and software, visit account.apple.com.
Messages from Apple Developer
Choose the emails you would like to receive from Apple Developer.
All emails
Hello Developer (monthly)
Meet with Apple (monthly)
Announcements (occasional)
Student updates (occasional)
Push Notifications
You can update push notification settings for your account in the Apple Developer app and the App Store Connect app
AUG
13
tv


Safari File Edit View History Bookmarks Window Help
Thu, Aug 13 1:21 PM
developer.apple.com
App Store Connect
Account - Apple Developer
Account
Agreements
Apple Developer Agreement
View all agreements and guidelines ›
Get the latest tools and beta SDKs
Browse the latest documentation
Watch the latest session videos
Ask questions on the forums
Platforms
Technologies
Resources
Programs
Support
Tools
AUG
13




APPENDIX NO. 11 11


Safari File Edit View History Bookmarks Window Help
Thu, Aug 13 1:21 PM
developer.apple.com
App Store Connect
Enroll - Apple Developer
Developer
Get Started
Platforms
Technologies
Community
Documentation
Downloads
Support
Enroll
Elena Bagudina
Sorry, you can't enroll at thi
Your Apple Account is already associated with the Account Holde
Account
App Store Connect
Certificates, IDs & Profiles
Events
Feedback Assistant
Forums
Platforms
Technologies
Resources
Support
Account
Tools
Events
Apple Developer Enterprise Program
AUG
13

A total of *26 (twenty-six)* sheets have been bound, numbered, and secured with a seal.
*Notary* [signature]______

[seal: Notary D. S. Myakinchenko, Notarial District of the City of Moscow]

MORNINGSIDE IP

# TRANSLATOR CERTIFICATION

Date: October 8, 2026

To whom it may concern:

I, Olena Weiss, a translator fluent in the RUSSIAN and ENGLISH languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:

- 3 Нотариальный протокол осмотра личного кабинета VK LLC (v2)

O.V.Weiss

Signature

Olena Weiss

Print

**ПРОТОКОЛ ОСМОТРА**

---

**Российская Федерация**

**Город Москва**

**Семнадцатое августа две тысячи двадцать шестого года**

Я, Мякинченко Дмитрий Сергеевич, нотариус города Москвы (приказ от 24 октября 2018 года № 652, лицензия №77-399 от 03 октября 2014 года, выданы Главным управлением Министерства юстиции Российской Федерации по Москве), на основании статей 102 и 103 Основ законодательства Российской Федерации о нотариате по просьбе и согласно заявлению (от 13 августа 2026 года б/н) **ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВК"**, идентификационный номер налогоплательщика (ИНН юридического лица): 7743001840, основной государственный регистрационный номер (ОГРН): 1027739850962, код причины постановки на учет (КПП): 771401001, адрес юридического лица: 125167, Г.МОСКВА, ПР-КТ ЛЕНИНГРАДСКИЙ, Д.39, СТР.79, юридическое лицо действует на основании Устава, наименование органа, зарегистрировавшего учредительный документ: Межрайонная инспекция ФНС России № 46 по г. Москве, **в лице Единой Екатерины Константиновны**, гражданство: Российская Федерация, пол: женский, паспорт 69 14 625550, выданный Отделом УФМС России по Томской области в Кировском районе г. Томска 30 июня 2015 года, код подразделения 700-009, действующей на основании доверенности N ВК-2.1-26-212 от 16 июня 2026 года, (далее - "Заявитель"),

и в их присутствии,

произвел осмотр письменных доказательств - информации, размещенной в сети Интернет на сайте: https://apple.com/ в учетных записях Заявителя в веб-платформах App Store Connect и Apple Developer Program, с целью фиксации информации, необходимой для использования в качестве доказательства, в том числе в возможном судебном процессе.

Осмотр интернет-сайта производится безотлагательно, без извещения сторон и лиц, разместивших информацию на указанном сайте, так как имеются основания полагать, что представление доказательств впоследствии станет невозможным или затруднительным в случае извещения сторон, а также, что информация может быть изменена или удалена.

Осмотр осуществлялся в бизнес-центре "Sky Light", расположенном по адресу: город Москва, Ленинградский проспект, дом 39, строение 79, в находящейся на 4-м этаже переговорной "B".

Осмотр произведен 13 августа 2026 года (начат: в 13 часов 05 минут; окончен: в 13 часов 23 минуты).

Подготовка настоящего Протокола осмотра завершена 17 августа 2026 года в 12 часов 40 минут.

Осмотр произведен при помощи принадлежащего ООО «ВК» портативного персонального компьютера (марки MacBook Air, с чипом «Apple M1», серийный номер C02FK1KLQ6LD, с установленной операционной системой: macOs Sequoia, версия 15.6, со встроенным дисплеем Retina (13,3 дюйма).

На указанном компьютере выставлено автоматическое определение даты и времени.

Выход осматриваемого компьютера в сеть Интернет осуществляется беспроводным способом через корпоративную сеть Wi-Fi, поименованную "VK_Guest". Доступ в Интернет предоставлен провайдером VK.

В процессе осмотра использован интернет-браузер Safari, версия 18.6 (20621.3.11.11.3)

**1.** После включения компьютера фиксируем находящуюся в меню Apple, обозначенном символом в виде логотипа компании Apple («надкусанное яблоко»), в разделе «Об этом Mac» общую информацию о компьютере, с помощью которого производится настоящий осмотр; подраздел раздела «Системные настройки»: «Основные» и далее переход во вкладку «Описание»; а также подразделы раздела «Системные настройки»: «Wi-Fi» и «Дата и время».

Снимки экрана осматриваемого персонального компьютера с открытыми на нем перечисленными выше разделами и подразделами раздела меню Apple представлены в Приложении № 1 к настоящему Протоколу осмотра (на трех страницах).

**2.** В соответствии с установленным Заявителями алгоритмом осмотра и фиксации информации, используя браузер Safari, заходим на веб-платформу App Store Connect с электронным адресом https://appstoreconnect.apple.com/.

Открывается страница, содержащая форму авторизации на сайте. Далее Едина Е.К. осуществляет авторизацию на указанном сайте посредством введения логина и пароля.

Общий вид осмотренной страницы представлен в Приложении № 2 к настоящему Протоколу осмотра (на одной странице).

**3.** В результате указанных выше действий открывается раздел «Приложения» в качестве стартовой страницы учетной записи пользователя "VK LLC", имеющий

электронный адрес https://appstoreconnect.apple.com/apps (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

В правом верхнем углу открывшейся страницы, а также всех других страниц осматриваемого сайта, описанных ниже в настоящем Протоколе осмотра, отображено вышеуказанное имя пользователя. При нажатии на кнопку, обозначенную стрелкой вниз, в правом верхнем углу справа от «VK LLC» открывается окно, в первой строке которого содержится текст: «Elena Bagudina», во второй строке содержится текст: «iOS-mail.ru@corp.mail.ru».

В верхней части страницы расположены активные ссылки для перехода в разделы осматриваемой учетной записи на веб-платформе App Store Connect с электронным адресом https://appstoreconnect.apple.com/: "Приложения", "Тренды", "Отчеты", "Бизнес" и "Пользователи и доступ".

На открывшейся странице отображено содержимое раздела "Приложения" (заголовок "Приложения" представлен в верхней части страницы).

Непосредственно под указанным заголовком размещено поле, в котором на бежевом фоне размещен текст "Срок действия подписки в Apple Developer Program истек Срок действия подписки истек. Приложение удалено из App Store до тех пор, пока подписка не будет продлена. Для этого владелец учетной записи должен **войти в систему** на сайте Apple Developer и продлить подписку. Подробнее" (фрагменты текста «войти в систему» и «Подробнее» являются анкорами активных ссылок).

Ниже на странице представлены иконки приложений, сопровождающиеся текстом с названиями приложений и их текущим статусом, в том числе интересующие Заявителя в рамках производимого осмотра иконки приложений

- «VK: social network, messenger» (статус "Ожидание соглашения»);
- «VK Музыка: книги и подкасты» (статус "Ожидание соглашения»);
- «Одноклассники: социальная ...» (статус "Ожидание соглашения»).

Общий вид страницы сайта, а также общий вид этой страницы с отображенными на ней данными о пользователе учетной записи App Store Connect, представлены в Приложении № 3 к настоящему Протоколу осмотра (на двух страницах). При этом часть содержащейся на странице информации при распечатывании скрыта, поскольку эта информация составляет коммерческую тайну и не имеет отношения к предмету настоящего осмотра.

4. Далее кликаем иконку приложения «VK: social network, messenger», в результате чего оказываемся на странице с электронным адресом https://appstoreconnect.apple.com/apps/564177498/distribution/ios/version/deliverable (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «VK: social network, messenger». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», «8.183.1 Готово для распро...» (сопровождается значком «галочка» зеленого цвета, кроме того, при наведении на указанный текстовый блок справа от него появляется окно с текстом «Готово для распространения») и «Приложение для iOs Версия 8.183.1».

В левой части находятся активные ссылки для перехода на другие страницы осматриваемого сайта, в том числе активная ссылка с анкором «Проверка приложения».

Общий вид страницы представлен в Приложении № 4 к настоящему Протоколу осмотра (на одной странице).

5. На странице, описанной в п. 4 настоящего Протокола осмотра, переходим по активной ссылке с анкором "Проверка приложения".

В результате указанных действий открывается страница с электронным адресом https://appstoreconnect.apple.com/apps/564177498/distribution/reviewsubmissions (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «VK: social network, messenger». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», «8.183.1 Готово для распро...», «Проверка приложения» и «Ниже показаны все объекты, направленные на проверку, а также переписка с Apple.».

Общий вид осмотренной страницы сайта представлен в Приложении № 5 к настоящему Протоколу осмотра (на одной странице).

6. Возвращаемся на страницу, описанную в п. 3 настоящего Протокола осмотра и кликаем иконку приложения «VK Музыка: книги и подкасты», в результате чего оказываемся на странице с электронным адресом https://appstoreconnect.apple.com/apps/1054372220/distribution/ios/version/deliverable (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «VK Музыка: книги и подкас...». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», «8.30.1 Готово для распро...» (сопровождается значком «галочка» зеленого цвета, кроме того, при наведении

на указанный текстовый блок справа от него появляется окно с текстом «Готово для распространения») и «Приложение для iOs Версия 8.30.1».

В левой части находятся активные ссылки для перехода на другие страницы осматриваемого сайта, в том числе активная ссылка с анкором «Проверка приложения».

Общий вид страницы представлен в Приложении № 6 к настоящему Протоколу осмотра (на одной странице).

7. На странице, описанной в п. 6 настоящего Протокола осмотра, переходим по активной ссылке с анкором "Проверка приложения".

В результате указанных действий открывается страница с электронным адресом https://appstoreconnect.apple.com/apps/1054372220/distribution/reviewsubmissions (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «VK Музыка: книги и подкас...». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», «8.30.1 Готово для распро...», «Проверка приложения» и «Ниже показаны все объекты, направленные на проверку, а также переписка с Apple.».

Общий вид осмотренной страницы сайта представлен в Приложении № 7 к настоящему Протоколу осмотра (на одной странице).

8. Возвращаемся на страницу, описанную в п. 3 настоящего Протокола осмотра и кликаем на иконку приложения «Одноклассники: социальная ...», в результате чего оказываемся на странице с электронным адресом https://appstoreconnect.apple.com/apps/398465290/distribution/ios/version/deliverable (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «Одноклассники: социальн...». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», «11.63.1 Готово для распро...» (сопровождается значком «галочка» зеленого цвета, кроме того, при наведении на указанный текстовый блок справа от него появляется окно с текстом «Готово для распространения») и «Приложение для iOs Версия 11.63.1».

В левой части находятся активные ссылки для перехода на другие страницы осматриваемого сайта, в том числе активная ссылка с анкором «Проверка приложения».

Общий вид страницы представлен в Приложении № 8 к настоящему Протоколу осмотра (на одной странице).

9. На странице, описанной в п. 8 настоящего Протокола осмотра, переходим по активной ссылке с анкором "Проверка приложения".

В результате указанных действий открывается страница с электронным адресом https://appstoreconnect.apple.com/apps/398465290/distribution/reviewsubmissions (при открытии этой страницы сайта отображается только часть электронного адреса - "appstoreconnect.apple.com").

Открывшаяся страница озаглавлена «Одноклассники: социальн...». Под заголовком страницы помещены текстовые блоки «Приложение для iOs», « 11.63.1 Готово для распро...», «Проверка приложения» и «Ниже показаны все объекты, направленные на проверку, а также переписка с Apple.».

Общий вид осмотренной страницы сайта представлен в Приложении № 9 к настоящему Протоколу осмотра (на одной странице).

10. Возвращаемся на страницу, описанную в п. 3 настоящего Протокола осмотра и по активной ссылке с анкором «**войти в систему**» (находится в верхней части страницы в тексте на бежевом фоне в текстовом блоке: «Срок действия подписки в Apple Developer Program истек Срок действия подписки истек. Приложение удалено из App Store до тех пор, пока подписка не будет продлена. Для этого владелец учетной записи должен **войти в систему** на сайте Apple Developer и продлить подписку. Подробнее») переходим в рамках того же сайта apple.com на страницу с электронным адресом https://developer.apple.com/account на вэб-платформу Apple Developer Program.

Затем нажимаем в правом верхнем углу на значок профиля («круг с человечком внутри»), после чего появляется окно, в первой строке которого содержится текст: «Elena Bagudina», во второй строке содержится текст: «iOS-mail.ru@corp.mail.ru».

В верхней части страницы находится активная ссылка с анкором «Enroll today».

Общий вид страницы сайта (в том числе с отображенной на ней информацией о «профиле пользователя») представлен в Приложении № 10 к настоящему Протоколу осмотра (на пяти страницах).

11. По активной ссылке с анкором «Enroll today» переходим на страницу с электронным адрес https://developer.apple.com/enroll/ineligible/account-holder .

Фиксируем общий вид открывшейся страницы. Затем нажимаем в правом верхнем углу на значок профиля («круг с человечком внутри»), после чего открывается окно, в первой строке которого содержится текст: «Elena Bagudina», во второй строке содержится

текст: «iOS-mail.ru@corp.mail.ru».

Общий вид страницы сайта (в том числе с отображенной на ней информацией о «профиле пользователя») представлен в Приложении № 11 к настоящему Протоколу осмотра (на двух страницах).

В ходе осмотра на бумажном носителе распечатана информация, содержащаяся в Приложениях № 1-11. При сравнении распечатанной информации с информацией, размещенной на осматриваемом сайте с электронным адресом https://apple.com/ в учетных записях Заявителя в веб-платформах App Store Connect и Apple Developer Program, искажений и исправлений в содержании распечатанного не обнаружено.

В ходе осмотра информации замечаний от Заявителей не поступило.

Настоящий Протокол (на семи страницах) с приложениями № 1-11 (на девятнадцати страницах) составлен в двух подлинных экземплярах, один из которых остается в делах нотариуса города Москвы Мякинченко Д.С. по адресу: г. Москва, Ермолаевский переулок, дом 18А, а другой - выдается Заявителю.

Протокол прочитан нотариусом вслух.

Едина Екатерина Константиновна [signature]

Зарегистрировано в реестре: № 77/2048-н/77-2026-3-1820.

Уплачено за совершение нотариального действия: 34900 руб. 00 коп.

Нотариальное действие совершено вне помещения нотариальной конторы по адресу: город Москва, Ленинградский проспект, дом 39, строение 79.

[seal] Д.С.Мякинченко

19.758.938



ПРИЛОЖЕНИЕ № 1

1




MacBook Air
Safari
Wi-Fi


MacBook Air
Safari
Дата и время

ПРИЛОЖЕНИЕ № 2

2




11

ПРИЛОЖЕНИЕ № 3

3




12

ПРИЛОЖЕНИЕ №4




12




11

ПРИЛОЖЕНИЕ №5 5




ПРИЛОЖЕНИЕ №6 6



ПРИЛОЖЕНИЕ № 7




ПРИЛОЖЕНИЕ № 8



ПРИЛОЖЕНИЕ № 9






ПРИЛОЖЕНИЕ № 10






developer.apple.com
Developer
Account
Elena Bagudina
Join the Apple Developer Program
Tools and resources
Xcode
Swift Playground
Software Downloads
Feedback Assistant
Forums


developer.apple.com
Account
Feedback Assistant
Forums
Profile
Customize your experience with Apple Developer. Create a developer profile to get personalized news, updates, and activity announcements based on your interests and preferences. Learn more.
Emails


Safari Файл Правка Вид История Закладки Окно Справка
Чт, 13 авг. 13:20
developer.apple.com
App Store Connect
Account - Apple Developer
Account
Emails
We'll send important messages about your developer account and services to the email address associated with your Apple Account (iOS-mail.ru@corp.mail.ru). To update this address, and to manage preferences for email updates on Apple products, services and software, visit account.apple.com.
Messages from Apple Developer
Choose the emails you would like to receive from Apple Developer.
All emails
Hello Developer (monthly)
Meet with Apple (monthly)
Announcements (occasional)
Student updates (occasional)
Push Notifications
You can update push notification settings for your account in the Apple Developer app and the App Store Connect app.
13


Safari Файл Правка Вид История Закладки Окно Справка
Чт, 13 авг. 13:21
developer.apple.com
App Store Connect
Account - Apple Developer
Account
Agreements
Apple Developer Agreement
View all agreements and guidelines
Get the latest tools and beta SDKs
Browse the latest documentation
Watch the latest session videos
Ask questions on the forums
Platforms
Technologies
Resources
Programs
Support
Tools
13

ПРИЛОЖЕНИЕ № 11






Всего прошнуровано, пронумеровано и скреплено печатью 26 (двадцать шесть) листов.

Нотариус