# EXHIBIT 3

**POWER OF ATTORNEY No. VK-2.1-26-212**
**City of Moscow, July thirty-first, two thousand twenty-six**

**"VK" Limited Liability Company,** a legal entity incorporated under the laws of the Russian Federation, located at: 39 Leningradsky Prospekt, Building 79, Moscow 125167, Primary State Registration Number (OGRN) 1027739850962, Taxpayer Identification Number (INN) 7743001840 (hereinafter also the "Company"), represented by its management company, "VK MANAGEMENT COMPANY" Limited Liability Company, a legal entity incorporated under the laws of the Russian Federation, with its registered office at: 39 Leningradsky Prospekt, Building 79, Moscow 125167, OGRN 1227700045880, INN 7714481197, represented by its General Director, Elena Gennadyevna Bagudina, acting pursuant to the Charter, hereby authorizes:

**Artur Akopovich Zurabyan**, passport series 45 25, number 366156, issued on October 8, 2025, by the Main Directorate of the Ministry of Internal Affairs of Russia for Moscow, division code 770-067, an advocate of the Moscow Region Bar Association (registration number in the Moscow Region Register of Advocates 50/8528, advocate identification card number 9912, issued by the Directorate of the Ministry of Justice of the Russian Federation for the Moscow Region on March 22, 2017),

**Anna Petrovna Khrisanfova**, passport series 45 12, number 699454, issued on November 7, 2012, by the Vykhino-Zhulebino District Office of the Directorate of the Federal Migration Service of Russia for Moscow, division code 770-100, an advocate of the Moscow Region Bar Association (registration number in the Moscow Region Register of Advocates 50/10081, advocate identification card number 11816, issued by the Directorate of the Ministry of Justice of the Russian Federation for the Moscow Region on May 26, 2021),

**Aleksandra Evgenyevna Kozina**, passport series 45 25, number 430132, issued on November 20, 2025, by the Main Directorate of the Ministry of Internal Affairs of Russia for Moscow, division code 770-079, an advocate of the Moscow City Bar Association (registration number in the Moscow City Register of Advocates 77/16635, advocate identification card number 19873, issued by the Main Directorate of the Ministry of Justice of the Russian Federation for Moscow on November 22, 2022),

**Artem Aramovich Aivazyan**, passport series 45 21, number 741129, issued on February 17, 2022, by the Main Directorate of the Ministry of Internal Affairs of Russia for Moscow, division code 770-032,

**Ruslan Eduardovich Dadashov**, passport series 45 22, number 943711, issued on June 16, 2022, by the Main Directorate of the Ministry of Internal Affairs of Russia for Moscow, division code 770-010,

**Aleksandr Sergeevich Demidov**, passport series 45 24, number 136319, issued on April 19, 2024, by the Main Directorate of the Ministry of Internal Affairs of Russia for Moscow, division code 770-070,

to represent the Company before commercial courts, courts of general jurisdiction, and arbitral tribunals at all levels, all administrative and other governmental authorities and institutions, commercial and nonprofit organizations, public associations, and notarial offices, with the following powers:

**1.** To take any/all procedural actions on behalf of the Company as a participant in proceedings, including, but not limited to: participating in court hearings, providing explanations of any kind, signing statements of claim and responses to statements of claim with the right to file them with the court, changing the subject matter or grounds of a claim, except for withdrawing a claim, amending (including reducing) the relief sought, and entering into a settlement agreement, signing and filing counterclaims, signing and filing applications for interim relief and applications for recognition and enforcement of foreign arbitral awards, referring cases to arbitration, challenging decisions of commercial courts, courts of general jurisdiction, and arbitral tribunals, signing and filing appeals, cassation appeals, applications for supervisory review, and submissions addressed to the Deputy Chief Justice or Chief Justice of the Supreme Court of the Russian Federation, signing and filing applications for review of judicial decisions based on new and/or newly discovered circumstances, signing and filing other applications, motions, complaints, and interlocutory appeals, and paying state fees;

**2.** To exercise on behalf of the Company all rights and powers vested in the Company as a debtor and enforcement creditor in enforcement proceedings under Federal Law No. 229-FZ of October 2, 2007 "On Enforcement Proceedings," including, but not limited to, the rights to: obtain enforcement documents, submit them for enforcement and withdraw them, sign and file applications to initiate, stay, or terminate enforcement proceedings and to attach a debtor's property, provide explanations, appeal (challenge) an enforcement officer's

orders and actions (inaction) before a superior official of the bailiff service, a commercial court, or a court of general jurisdiction, inspect the enforcement case file, request information and certificates, file any applications and motions, and take all necessary actions relating to enforcement documents;

**3.** To inspect court case files, take extracts from them, make copies of them, submit additional materials, and certify copies on behalf of the Company;

**4.** To request and obtain any and all documents and information relating to representing the Company's interests and conducting the Company's cases before courts of general jurisdiction, commercial courts, and arbitral tribunals;

**5.** To send and receive any correspondence (including telegrams) through any postal service, including Russian Post JSC; to sign and submit requests (demands, letters, objections) to the Federal Tax Service, the Federal Service for State Registration, Cadaster and Cartography (Rosreestr), the Federal Bailiff Service, any other governmental authorities and services and their territorial bodies, and organizations of any form of ownership, including any credit institutions and nonprofit organizations; to receive responses to requests (demands, letters, objections, and other correspondence) and sign acknowledgments of receipt;

**6.** To exercise other procedural rights granted by the Commercial Procedure Code of the Russian Federation, Federal Law No. 127-FZ of October 26, 2002 "On Insolvency (Bankruptcy)," the Civil Procedure Code of the Russian Federation, the Code of Administrative Offenses of the Russian Federation, the Code of Administrative Judicial Procedure of the Russian Federation, and other federal laws;

This power of attorney is issued without the right of substitution.
This power of attorney is valid until December 31, 2027.

**On behalf of "VK" LLC**
**General Director**
**of the management company**
**"VK Management Company" LLC** ___________[signature]_____ **Elena Gennadyevna Bagudina**

**L.S.**

[stamp: VK, Limited Liability Company "VK," Primary State Registration Number (OGRN): 1027739850962 Moscow, Limited Liability Company VK Taxpayer Identification Number (INN): 7743001840]

MORNINGSIDE IP

# TRANSLATOR CERTIFICATION

Date: October 8, 2026

To whom it may concern:

I, Olena Weiss, a translator fluent in the RUSSIAN and ENGLISH languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:

- 20 Доверенность на представителя

O.V.Weiss

Signature

Olena Weiss

Print

**ДОВЕРЕННОСТЬ №ВК-2.1-26-262**
**Город Москва, тридцать первое июля две тысячи двадцать шестого года**

**Общество с ограниченной ответственностью «ВК»**, юридическое лицо, созданное в соответствии с законодательством Российской Федерации, расположенное по адресу: 125167, г. Москва, Ленинградский просп., д. 39, стр. 79, ОГРН 1027739850962, ИНН 7743001840 (далее также – «Общество»), в лице управляющей организации Общества с ограниченной ответственностью «УПРАВЛЯЮЩАЯ КОМПАНИЯ ВК», юридического лица, созданного в соответствии с законодательством Российской Федерации, с местонахождением по адресу: 125167, г. Москва, Ленинградский проспект, д. 39, стр. 79, ОГРН 1227700045880, ИНН 7714481197, в лице своего Генерального директора Багудиной Елены Геннадьевны, действующего на основании Устава, настоящей доверенностью уполномочивает:

**Зурабяна Артура Акоповича**, паспорт серии 45 25 номер 366156, выдан 08.10.2025 г. ГУ МВД России по г. Москве, код подразделения 770-067, являющегося адвокатом Адвокатской палаты Московской области (регистрационный номер в реестре адвокатов Московской области 50/8528, удостоверение номер 9912, выдано Управлением Министерства юстиции Российской Федерации по Московской области 22.03.2017 г.),

**Хрисанфову Анну Петровну**, паспорт серии 45 12 номер 699454, выдан 07.11.2012 г. Отделом УФМС России по г. Москве по району Выхино-Жулебино, код подразделения 770-100, являющуюся адвокатом Адвокатской палаты Московской области (регистрационный номер в реестре адвокатов Московской области 50/10081, удостоверение номер 11816 выдано Управлением Министерства юстиции Российской Федерации по Московской области 26.05.2021 г.),

**Козину Александру Евгеньевну**, паспорт серии 45 25 номер 430132, выдан 20.11.2025 г. ГУ МВД России по г. Москве, код подразделения 770-079, являющуюся адвокатом Адвокатской палаты города Москвы (регистрационный номер в реестре адвокатов города Москвы 77/16635, удостоверение номер 19873, выдано Главным управлением Министерства юстиции Российской Федерации по Москве 22.11.2022 г.),

**Айвазяна Артема Арамовича**, паспорт серии 45 21 номер 741129, выдан 17.02.2022 г. ГУ МВД России по г. Москве, код подразделения 770-032,

**Дадашова Руслана Эдуардовича**, паспорт серии 45 22 номер 943711, выдан 16.06.2022 г. ГУ МВД России по г. Москве, код подразделения 770-010,

**Демидова Александра Сергеевича**, паспорт серии 45 24 номер 136319 выдан 19.04.2024 ГУ МВД России по г. Москве, код подразделения 770-070,

представлять Общество в арбитражных судах, судах общей юрисдикции, третейских судах всех инстанций, во всех административных и иных государственных органах и учреждениях, коммерческих и некоммерческих организациях, общественных объединениях, нотариальных конторах со следующими правами:

1. Совершать от имени Общества любые/все процессуальные действия в качестве лица, участвующего в деле, в том числе, но не ограничиваясь этим: принимать участие в судебных заседаниях, давать любые виды объяснений, подписывать исковые заявления и отзывы на исковые заявления с правом предъявления их в суд, изменять предмет или основание иска, за исключением отказа от иска, изменения (включая право на уменьшение) исковых требований и заключения мирового соглашения, подписывать и подавать встречные иски, подписывать и подавать заявления о принятии обеспечительных мер, заявления о признании и приведении в исполнение иностранных арбитражных решений, передавать дела в третейский суд, обжаловать судебные акты арбитражного суда, суда общей юрисдикции, третейского суда, подписывать и подавать апелляционные и кассационные жалобы, надзорные жалобы, обращения на имя заместителя Председателя Верховного Суда Российской Федерации, Председателя Верховного Суда Российской Федерации, подписывать и подавать заявления о пересмотре судебных актов по новым и/или вновь открывшимся обстоятельствам, подписывать и подавать иные заявления, ходатайства, жалобы, частные жалобы, оплачивать государственную пошлину;
2. Осуществлять от имени Общества все права и полномочия, принадлежащие Обществу как должнику и взыскателю в рамках исполнительных производств в соответствии с ФЗ от 02.10.2007 № 229-ФЗ

«Об исполнительном производстве», включая, но не ограничиваясь, права: получать исполнительные документы, предъявлять исполнительные документы к исполнению и отзывать их, подписывать и подавать заявления о возбуждении, приостановлении, прекращении исполнительного производства, о наложении ареста на имущество должника, давать объяснения, обжаловать (оспаривать) постановления и действия (бездействия) судебного пристава-исполнителя в порядке подчиненности вышестоящему должностному лицу службы судебных приставов, в арбитражном суде, суде общей юрисдикции, , знакомиться с материалами исполнительного производства, запрашивать информацию и справки, подавать любые заявления и ходатайства и совершать все необходимые действия, связанные с исполнительными документами;

3. Знакомиться с материалами судебного дела, делать из них выписки, снимать с них копии, представлять дополнительные материалы, заверять копии от имени Общества;

4. Запрашивать и получать любые и все документы и информацию, связанные с представлением интересов Общества, ведением дел Общества в суде общей юрисдикции, арбитражном суде, третейском суде;

5. Отправлять и получать любую корреспонденцию (в том числе телеграммы) любыми почтовыми службами, включая АО «Почта России», подписывать и представлять запросы (требования, письма, возражения) в Федеральную налоговую службу, Федеральную службу государственной регистрации, кадастра и картографии (Росреестр), Федеральную службу судебных приставов, в любые иные государственные органы и службы и их территориальные органы, в организации всех форм собственности, в том числе в любые кредитные и некоммерческие организации, получать ответы на запросы (требования, письма, возражения, иную корреспонденцию), расписываться в их получении;

6. Пользоваться иными процессуальными правами, предоставленными Арбитражным процессуальным кодексом Российской Федерации, ФЗ от 26.10.2002 № 127-ФЗ «О несостоятельности (банкротстве)», Гражданским процессуальным кодексом Российской Федерации, Кодексом Российской Федерации об административных правонарушениях, Кодексом административного судопроизводства Российской Федерации и другими федеральными законами;

Настоящая доверенность выдана без права передоверия.
Срок действия доверенности до 31 декабря 2027 года.

**От имени ООО «ВК»**
**Генеральный директор**
**управляющей организации**
**ООО «Управляющая компания ВК»** ____________________ **Багудина Елена Геннадьевна**

**М.п**