# EXHIBIT 5

*09.10.26* *Requested for 09/21/26* *in person*

*18*

A40-250513/2026-12-2188

Judge: A. S. Chadov

**To** **Moscow Commercial Court**
17 Bolshaya Tulskaya Street, Moscow 115225

Plaintiff: **"VK" LLC**, INN 745101623460
39 Leningradsky Prospekt, Building 79, Moscow 125167

Email addresses for correspondence in this case: a.zurabyan@artdelex.ru
a.khrisanfova@artdelex.ru

Defendant 1: **Apple Inc.,** registration number 806592
One Apple Park Way, Cupertino, California, 95014, USA

Defendant 2: **Apple Distribution International Ltd.,** registration number 470672
Hollyhill Industrial Estate, Hollyhill, Cork, Republic of Ireland, T23 YK84, IE

Defendant 3: **"APPLE RUS" LLC,** INN 7707767220
4 Romanov Lane, Building 2, Floor 6, Premises II, Room 54, Moscow 125009

Case No. A40-250513/26-12-2188
Judge A. S. Chadov

September 7, 2026

**Motion**
**to inspect the case file in person at the courthouse**

Case No. A40-250513/2026 is pending before the Moscow Commercial Court on the claim brought by "VK" LLC against Apple Inc., Apple Distribution International Ltd., and "APPLE RUS" LLC challenging the unilateral termination of the agreement and seeking restoration of infringed rights.

Pursuant to Article 41 of the Commercial Procedure Code of the Russian Federation, "VK" LLC

**respectfully requests that the Court**

allow the representative of "VK" LLC to inspect the file in Case No. A40-14353/2024 in person at the courthouse.

Attachment: representative's power of attorney.

Representative of "VK" LLC acting under a power of attorney [signature] A. S. Demidov

Moscow Commercial Court
Date and time of electronic receipt in the system
September "8," 2026, 5:56 PM
Date and time of processing by the court
September "9," 2026, 9:31 AM
Leading Specialist, Grade 3, V. P. Zimina

MORNINGSIDE IP

# TRANSLATOR CERTIFICATION

Date: October 8, 2026

To whom it may concern:

I, Olena Weiss, a translator fluent in the RUSSIAN and ENGLISH languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:

- VK_Motion to examine case file

O.V.Weiss

Signature

Olena Weiss

Print

д. 09.26 ознакомлен на 21.09.26 очно

18

А40-250513/2026-12-2188
Судья: Чадов А. С.

| | |
|---|---|
| В | **Арбитражный суд города Москвы**<br>115225, г. Москва, ул. Большая Тульская, д. 17 |
| Истец: | **ООО «ВК»**, ИНН 745101623460<br>125167, город Москва, Ленинградский пр-кт, д.39 стр.79 |
| Адреса эл. почты для корреспонденции по настоящему делу: | a.zurabyan@artdelex.ru<br>a.khrisanfova@artdelex.ru |
| Ответчик 1: | **Apple Inc.**, регистрационный номер 806592<br>One Apple Park Way, Cupertino, California, 95014, USA |
| Ответчик 2: | **Apple Distribution International Ltd.**, регистрационный номер 470672<br>Hollyhill Industrial Estate, Hollyhill, Cork, Republic of Ireland, T23 YK84, IE |
| Ответчик 3: | **ООО «ЭППЛ РУС»**, ИНН 7707767220<br>125009, г. Москва, пер. Романов, д. 4, стр. 2, эт. 6 пом II ком 54 |
| Дело № | А40-250513/26-12-2188 |
| Судья | Чадов А.С. |

07.09.2026

**Ходатайство**
**об ознакомлении с материалами дела очно в здании суда**

В производстве Арбитражного суда города Москвы находится дело А40-250513/2026 по исковому заявлению ООО «ВК» об оспаривании одностороннего отказа от договора и восстановлении нарушенных прав к Apple Inc., Apple Distribution International Ltd., ООО «ЭППЛ РУС».

Руководствуясь ст. 41 АПК РФ, ООО «ВК»

**просит уважаемый суд**

предоставить представителю ООО «ВК» возможно для ознакомления с материалами по делу № А40-14353/2024 очно в здании суда.

Приложение: доверенность представителя.

Представитель ООО «ВК» по доверенности [подпись] А. С. Демидов

Арбитражный суд города Москвы
Дата и время поступления в систему в электронном виде
"08" сентября 2026 г. 17 час. 56 мин.
Дата и время обработки судом
"09" сентября 2026 г. 09 час. 31 мин.
Ведущий специалист 3 разряда Зимина В. П.