# EXHIBIT 8

# VK brings together

Moscow | Saint Petersburg | Nizhny Novgorod | Krasnodar Krai | Kazan | Novosibirsk | Minsk



## Moscow

125167, Leningradsky prospekt
39, bld. 79




## Moscow

125167, Leningradsky prospekt
70, Alcon business center



## Moscow

115035, Sadovnicheskaya, 82,
bld 2, Aurora business center



## Saint Petersburg

190000, Moika River
embankment, 73, lit. A, business
center "At the Red Bridge"

## Contacts

General
office@vk.company

Sales
sales@vk.company

Press
pr@vk.company

Investor relations
ir@vk.company

Legal department
legal_dep@vk.company

Marketing
marketing@vk.company

Events
events@vk.company

Compliance hotline
www.servicetrust.ru



## Saint Petersburg

190031, Bolshaya Morskaya str.,
30, lit. A



## Saint Petersburg

28 Nevskiy Ave., 5th Floor, Saint
Petersburg, Russia, 191186



## Saint Petersburg

12-14 Khersonskaya St., BC
"Pravda", Saint Petersburg,
Russia, 191024



## Nizhny Novgorod

Nizhny Novgorod, st.
Kovalihinskaya, house 8, floor 8,
603006



### Krasnodar Krai

354340, federal territory
"Sirius", Triumfalny Ave., 1



### Kazan

420000, Spartakovskaya st., 2



### Novosibirsk

630099, Deputatskaya st., 46,
Praktik coworking space



### Minsk

220007, Mogilevskaya st., 1

About us
- What is VK
- Education
- Contacts

Our projects

For business

For media
- Press releases
- Press contacts
- VK brand

Investor relations
- IR news and events
- Reports and materials
- Corporate governance
- Stock and dividends
- IR blog
- Offering site
- Analysts
  - IR calendar
  - Contacts for investors

ESG
- Social responsibility
- Accessibility
- Reports
- ESG Blog

© 2026 VK Disclosure of Information