# EXHIBIT A

**Team: VK LLC**
Team ID: 4D6LA585PP
Type: Company/Organization
Program: Apple Developer Program: (renewed)
Team Status: Disabled



## History



**Agreement History**

| Agreement Name | Date Live | Status | Accepted/Rejected On |
|---|---|---|---|
| Apple Developer Program License Agreement | 2026-06-18 T07:57:53 PDT | Accepted | 2026-06-18 T08:07:31 PDT |
| Apple Developer Program License Agreement | 2026-06-08 T08:38:52 PDT | Accepted | 2026-06-09 T04:54:35 PDT |
| Apple Developer Program License Agreement | 2026-03-30 T18:26:36 PDT | Accepted | 2026-03-31 T00:46:34 PDT |
| Apple Developer Program License Agreement | 2026-03-12 T09:55:28 PDT | Accepted | 2026-03-16 T02:59:04 PDT |
| Apple Developer Program License Agreement | 2025-12-17 T16:57:56 PST | Accepted | 2025-12-22 T00:30:34 PST |
| Apple Developer Program License Agreement | 2025-10-08 T00:00:00 PDT | Accepted | 2025-10-13 T02:00:45 PDT |
| Apple Developer Program License Agreement | 2025-06-09 T09:28:41 PDT | Accepted | 2025-06-10 T01:18:47 PDT |
| Apple Developer Program License Agreement | 2024-12-06 T09:03:40 PST | Accepted | 2024-12-23 T02:50:46 PST |
| Apple Developer Program License Agreement | 2024-10-23 T10:08:01 PDT | Accepted | 2024-11-07 T05:02:31 PST |
| Apple Developer Program License Agreement | 2024-06-10 T09:22:37 PDT | Accepted | 2024-06-17 T06:32:57 PDT |
| Apple Developer Program License Agreement | 2023-12-22 T12:36:32 PST | Accepted | 2023-12-27 T02:53:27 PST |
| Apple Developer Program License Agreement | 2023-08-28 T11:53:02 PDT | Accepted | 2023-09-14 T08:11:45 PDT |
| Apple Developer Program License Agreement | 2023-06-05 T11:41:06 PDT | Accepted | 2023-06-07 T07:07:29 PDT |
| Apple Developer Program License Agreement | 2022-06-06 T10:02:10 PDT | Accepted | 2022-06-07 T02:41:12 PDT |
| Apple Developer Program License Agreement | 2021-12-13 T11:17:04 PST | Accepted | 2021-12-27 T02:30:24 PST |
| Apple Developer Program License Agreement | 2021-06-07 T09:40:15 PDT | Accepted | 2021-06-08 T05:42:47 PDT |
| Apple Pay Platform Web Merchant Terms and Conditions | 2019-01-17 T07:00:00 PST | Accepted | 2021-02-03 T05:05:25 PST |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T10:07:00 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T09:13:46 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T09:05:56 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T06:54:51 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T04:52:14 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T04:30:57 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T04:22:28 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T04:22:05 PDT |
| Monza Terms | 2020-06-18 T11:22:00 PDT | Accepted | 2020-08-12 T04:00:00 PDT |
| Apple Developer Program License Agreement | 2020-06-22 T11:51:29 PDT | Accepted | 2020-06-24 T00:55:46 PDT |
| Apple Developer Program License Agreement | 2020-03-23 T09:00:00 PDT | Accepted | 2020-03-24 T03:46:14 PDT |
| Apple Developer Program License Agreement | 2019-10-28 T09:00:00 PDT | Accepted | 2019-10-29 T01:08:47 PDT |
| Apple Pay Platform Web Merchant Terms and Conditions | 2019-01-17 T07:00:00 PST | Accepted | 2019-09-30 T07:35:32 PDT |
| Apple Developer Program License Agreement | 2019-06-03 T09:00:00 PDT | Accepted | 2019-06-07 T05:40:38 PDT |
| Apple Pay Platform Web Merchant Terms and Conditions | 2017-08-30 T07:00:00 PDT | Accepted | 2018-11-23 T06:37:30 PST |
| Apple Developer Program License Agreement | 2018-10-19 T09:00:00 PDT | Accepted | 2018-10-26 T09:27:29 PDT |
| Account Holder Transferee Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2018-09-24 T04:38:53 PDT |
| Account Holder Transferor Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2018-09-14 T05:31:22 PDT |
| Apple Developer Program License Agreement | 2018-06-04 T09:00:00 PDT | Accepted | 2018-06-05 T01:10:43 PDT |
| Apple Developer Program License Agreement | 2018-04-02 T09:00:00 PDT | Accepted | 2018-04-11 T04:36:54 PDT |
| Apple Developer Program License Agreement | 2017-09-19 T09:45:00 PDT | Accepted | 2017-09-26 T02:46:03 PDT |
| Apple Developer Program License Agreement | 2017-06-05 T09:00:00 PDT | Accepted | 2017-06-07 T00:12:31 PDT |
| Apple Developer Program License Agreement | 2017-03-01 T08:00:00 PST | Accepted | 2017-03-03 T02:19:16 PST |
| Apple Developer Program License Agreement | 2016-09-21 T09:00:00 PDT | Accepted | 2016-09-27 T08:27:58 PDT |
| Apple Developer Program License Agreement | 2016-06-13 T07:00:01 PDT | Accepted | 2016-06-14 T09:36:03 PDT |
| Account Holder Transferee Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2016-01-22 T07:57:31 PST |
| Account Holder Transferor Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2016-01-22 T07:55:22 PST |
| Apple Developer Program License Agreement | 2015-09-09 T10:00:00 PDT | Accepted | 2015-09-10 T01:53:38 PDT |
| Apple Developer Program License Agreement | 2015-07-27 T17:00:00 PDT | Accepted | 2015-07-29 T03:41:23 PDT |
| Apple Developer Program License Agreement | 2015-06-07 T18:21:00 PDT | Accepted | 2015-06-09 T01:16:37 PDT |
| iOS Developer Program License Agreement | 2015-03-09 T00:00:01 PDT | Accepted | 2015-03-11 T03:31:06 PDT |
| Mac Developer Program License Agreement | 2015-03-09 T00:00:01 PDT | Accepted | 2015-03-11 T03:31:06 PDT |
| iOS Developer Program License Agreement | 2014-09-09 T00:00:01 PDT | Accepted | 2014-09-09 T22:01:49 PDT |

Previous Page 1 of 2 50 rows Next

Copyright © 2026 Apple Inc. All rights reserved. Terms of Use | Privacy Policy Enable dark-mode (beta)

**Team: VK LLC**

Team ID: 4D6LA585PP

Type: Company/Organization

Program: Apple Developer Program: (renewed)

Team Status: Disabled



## History



### Agreement History

| Agreement Name | Date Live | Status | Accepted/Rejected On |
|---|---|---|---|
| iOS Developer Program License Agreement | 2014-06-02 T00:00:01 PDT | Accepted | 2014-06-02 T21:48:03 PDT |
| Mac Developer Program License Agreement | 2014-06-02 T00:00:01 PDT | Accepted | 2014-06-02 T21:48:03 PDT |
| Mac Developer Program License Agreement | 2013-06-10 T00:00:01 PDT | Accepted | 2013-06-10 T15:50:48 PDT |
| iOS Developer Program License Agreement | 2013-06-10 T00:00:01 PDT | Accepted | 2013-06-10 T15:50:48 PDT |
| iOS Developer Program License Agreement | 2012-09-12 T04:00:00 PDT | Accepted | 2012-09-12 T13:02:39 PDT |
| Mac Developer Program License Agreement | 2012-06-11 T03:00:00 PDT | Accepted | 2012-06-11 T12:39:06 PDT |
| iOS Developer Program License Agreement | 2012-06-11 T03:00:00 PDT | Accepted | 2012-06-11 T12:39:06 PDT |
| Mac Developer Program License Agreement | 2012-02-16 T00:00:00 PST | Accepted | 2012-02-16 T09:01:46 PST |
| Account Holder Transferee Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2011-11-10 T13:49:12 PST |
| Account Holder Transferor Agreement | 2011-10-18 T20:43:46 PDT | Accepted | 2011-11-10 T13:47:29 PST |
| iOS Developer Program License Agreement | 2011-10-04 T01:00:00 PDT | Accepted | 2011-10-05 T05:01:09 PDT |
| iOS Developer Program License Agreement | 2011-07-13 T10:00:00 PDT | Accepted | 2011-07-15 T05:01:40 PDT |
| Mac Developer Program License Agreement | 2011-06-06 T01:00:00 PDT | Accepted | 2011-06-06 T23:44:33 PDT |
| iOS Developer Program License Agreement | 2011-06-06 T01:00:00 PDT | Accepted | 2011-06-06 T23:44:33 PDT |
| Safari Developer Program License Agreement | 2010-06-07 T12:00:00 PDT | Accepted | 2011-04-10 T13:17:47 PDT |
| Mac Developer Program License Agreement | 2010-10-20 T05:30:00 PDT | Accepted | 2011-04-07 T03:29:57 PDT |
| iOS Developer Program License Agreement | 2011-02-15 T05:30:00 PST | Accepted | 2011-02-15 T18:38:42 PST |
| iOS Developer Program License Agreement | 2010-09-09 T05:30:00 PDT | Accepted | 2010-09-10 T01:38:24 PDT |
| iPhone Developer Program License Agreement | 2010-06-07 T12:00:00 PDT | Accepted | 2010-06-08 T08:56:01 PDT |
| iPhone Developer Program License Agreement | 2010-04-08 T00:00:00 PDT | Accepted | 2010-04-13 T02:43:20 PDT |
| iPhone Developer Program License Agreement | 2010-01-22 T00:00:00 PST | Accepted | 2010-03-17 T10:12:05 PDT |
| iPhone Developer Program License Agreement | 2009-10-15 T10:00:00 PDT | Accepted | 2009-10-16 T07:45:31 PDT |
| iPhone Developer Program License Agreement | 2009-06-08 T10:00:00 PDT | Accepted | 2009-09-06 T23:40:37 PDT |

Previous    Page 2 of 2    50 rows    Next

Copyright © 2026 Apple Inc. All rights reserved. Terms of Use | Privacy Policy  Enable dark-mode (beta)