# EXHIBIT A



**Konstantin Kroll**
Partner
Dentons Europe LLP
Office: London
Telephone: +44 7408 818 314
Email: konstantin.kroll@dentons.com

Konstantin Kroll is an arbitration specialist and a regulatory and sanctions compliance expert, with a strong transactional background in M&A and capital markets (debt and equity) transactions, recognized on numerous occasions in the areas of M&A, Capital Markets and Dispute Resolution/Arbitration & Mediation by *Chambers Global, Chambers Europe, The Legal 500, IFLR 1000, Leaders League, Best Lawyers, Benchmark Litigation, Pravo.ru-300* and *Kommersant*.

Triple qualified as a Russian advocate, solicitor of Senior Courts of England and Wales and Irish solicitor (non-practicing), he has over 29 years of experience advising corporate clients and financial institutions on complex cross-border transactions and disputes in Russia and the broader region of the former USSR.

Konstantin is a fellow (FCIArb) of the Chartered Institute of Arbitrators (CIArb) in London and a Vice President of the Russian Chapter of CIArb European Branch, and is a member/accredited arbitrator at over twenty leading international arbitral institutions/centers, including:

- International Arbitration Institute (Paris)
- ICC Russia Commission on Arbitration
- London Court of International Arbitration (LCIA) Users' Council and LCIA arbitration database
- Swiss Arbitration Association (ASA)
- Hong Kong International Arbitration Center (HKIAC's List of Arbitrators)
- Singapore International Arbitration Centre (SIAC Panel of Arbitrators)
- Japan Commercial Arbitration Association (JCAA Arbitrators Panel)
- Korean Commercial Arbitration Board (KCAB International Panel of Arbitrators)
- South China International Arbitration Center (HK) (the SCIAHK Recommended Arbitrators Panel)
- Dubai International Arbitration Centre (DIAC Arbitrators List)
- Abu Dhabi Global Market Dispute Resolution Hearing Centre (ADGM Dispute Resolution Hearing Centre Arbitrators Panel)
- Saudi Center for Commercial Arbitration (SCCA Arbitrators Roster)
- Asian International Arbitration Centre (AIAC (formerly KLRCA), Kuala Lumpur)
- Asia Pacific International Arbitration Chamber (APIAC, Singapore)
- Israeli Institute of Commercial Arbitration (IICA)
- BVI International Arbitration Centre (BVI IAC Panel of Arbitrators)
- Cyprus Arbitration and Mediation Centre (CAMC)
- Tashkent International Arbitration Centre (TIAC's panel of arbitrators)
- Georgian International Arbitration Centre (GIAC's List of Arbitrators)
- Cairo Regional Centre for International Commercial Arbitration (CRCICA panel of arbitrators)
- International Commercial Arbitration Court in Moscow at the Chamber of Commerce and Industry of the Russian Federation (ICAC)

- Russian Arbitration Center at the Russian Institute of Modern Arbitration (RAC RIMA)
- Arbitration Center at the RSPP, the Russian Union of Industrialists and Entrepreneurs (International and Investment Disputes Panel)

Konstantin is a member of the Commission on the development of arbitration and ADR at the Moscow Branch of the Association of Lawyers of Russia, a member of the Academic Council of the Higher School of Economics Master's Program "International Private Law and International Commercial Arbitration" and a visiting lecturer at the Higher School of Economics (University) in Moscow, previously he was also a visiting lecturer at the Moscow State University, the All-Russia Academy of Foreign Trade and the Russian Presidential Academy of National Economy and Public Administration (joint program with the University of London).

Konstantin has acted as a tribunal chairman, co-arbitrator and sole arbitrator in international arbitrations, as well as an expert witness in LCIA arbitrations and New York and Cyprus court proceedings.

Konstantin regularly arbitrates moot courts, including Vis-Moot (Moscow and Shanghai pre-moot), Prof. Mozolin Moot Court of corporate disputes and Prof. Rosenberg Moot Court of international trade disputes in Moscow.

Until the end of 2022 Konstantin lead Dentons Russian Corporate and M&A practice in Moscow.

## Experience

- **London Court of International Arbitration (LCIA)**: Acting as a co-arbitrator in an international arbitration.
- **International Commercial Arbitration Court in Moscow at the Chamber of Commerce and Industry of the Russian Federation (ICAC)**: Acting as a presiding arbitrator in an international arbitration, as a sole arbitrator in an international arbitration and as a co-arbitrator in nine international arbitrations.
- **Russian Arbitration Center at the Russian Institute of Modern Arbitration (RAC RIMA)**: Acting as a sole arbitrator in relation to four domestic and two international arbitrations; and as a presiding arbitrator in two domestic and one international arbitration.
- **Arbitration Center at the Russian Union of Industrialists and Entrepreneurs (RSPP)**: Acting as a sole arbitrator in relation to a domestic arbitration.
- **Major company**: Advising in relation to a $1 billion arbitration at LCIA arising from a corporate dispute.
- **Major companies:** Advising in relation to a number of arbitrations at LCIA arising from M&A and JV transactions.
- **Major company:** Advising in relation to a Swiss arbitration arising from a JV.
- **Major company**: Mediating shareholders’ dispute in a JV.
- **Major company**: Advising in relation to a maritime dispute in London.
- **Russian Deposit Insurance Agency (DIA)**: Advising in relation to an anti-suit injunction related proceedings in the English courts relating to the bankruptcy of International Bank St. Petersburg.
- **Ultra High Net Worth Individual (UHNWI):** Advising in connection with a divorce and ascertaining spousal rights in the context of creditors’ claims and bankruptcy proceedings.
- **UHNWIs and Private Clients:** Advising on various special situations in local and global (cross-border) context.
- **Credit Agricole:** advising the bank as agent for creditors committee under a syndicated loan in relation to the restructuring of secured indebtedness by a major Russian borrower.
- **Bayerische Hypo- und Vereinsbank AG**: Advising the bank as agent for creditors under a syndicated loan in relation to the bankruptcy proceedings of Russian Promstroybank (including representing client as a member of the creditors’ committee of Prostroybank).
- **Creditors and debtors**: Acting for creditors and debtors in relation to a number of high-profile cross-border restructurings, including developing, coordinating and implementing global arbitration/litigation strategy.
- **Major public company**: Advising in relation to setting up corporate monitor arrangements with the US Department of Justice.
- **Major US company**: Advising in relation to a dispute with a senior employee of the Moscow representative office and negotiating and achieving a successful settlement.

## Market recognition

- *Chambers Global* and *Chambers Europe,* 2016–2020: Leading lawyer in Corporate/ M&A in Russia.
- *IFLR 1000,* 2016–2020: Leading lawyer in M&A and in Capital markets (Structured finance and securitisation; Equity; Debt) in Russia.
- *Legal 500, 2020:* Leading lawyer in M&A (Tier 1) and Dispute Resolution/Arbitration & Mediation (Tier 3) in Russia
- *Best Lawyers, 2010–2020*: Leading capital markets expert in Russia.
- *Best Lawyers, 2020* - 2021: Leading M&A expert in Russia
- *Pravo.ru-300*, 2019: Leading lawyer in Corporate / M&A in Russia.
- *Kommersant, 2020:* Leading lawyer in Capital markets in Russia.
- *Benchmark Litigation*, 2020: Leading lawyer in dispute resolution in Russia.

## Education

- The University of Manchester, LLM, 2001
- Moscow State University, 1998, J.D., Diploma in Law with honours

## Prior and Present Employment

- Partner, Dentons, London, 2023 - present
- Partner and Head of Russian Corporate and M&A Practice, Dentons, Moscow, 2019 – 2022
- Partner and Head of Russia & CIS Desk, Orrick, Moscow and London, 2014 – 2019
- Partner, Jones Day, Moscow, 2011 – 2014
- Partner, Allen & Overy, Moscow, 2008 – 2011
- Associate, Allen & Overy, Moscow and London, 1997 - 2008

## Publications

- “The duty of good faith in the doctrine of English law. A comparative legal analysis in light of recent decisions of English courts”, Property Rights and their legal protection. Private maritime law: Collection of articles – Moscow, Statut, 2026.
- "Impact of Bankruptcy on Arbitration - Russian and English law approach" (in co-authorship), Commercial Arbitration magazine by the Chamber of Commerce and Industry of the Russian Federation, Issue No. 2 (9), July - December 2023
- "The Prospects for the Development of Regulatory Framework in the Russian Market", Legal Insight magazine No. 5 (111), July 2022
- "The right for defense and fair trial: on the subject of morality and prejudice in international commercial arbitration", Arbitration.ru Magazine, No. 2 (32), May 2022 (https://journal.arbitration.ru/upload/iblock/e33/ach2enodsfrn1betdw5jfa63z2ed714c/Arbitration_ru_N2_32_2022.pdf)
- "Russian style M&A", Kommersant Legal Business Supplement, March 21, 2022 (https://www.kommersant.ru/doc/5251915)
- Overview of the Russian M&A Market, Legal Insight No. 1 (107), February 2022
- Quoted in "How to punish Russia for Ukraine", Vox, February 8, 2022 (https://www.vox.com/22916773/russia-ukraine-sanctions-putin)

- "Problem of Arbitrator's Bias", Arbitration.ru Magazine, No. 6 (30), December 2021 (https://journal.arbitration.ru/upload/iblock/32e/7vf8s5dk1ilyn2r3z2zbgtevohbri7vk/COVER_Arbitration_ru_N6_30_November_December_2021.pdf)
- Interview in Legal Insight magazine, Legal Insight No. 10 (106), December 2021
- Interview by the Higher School of Economics, HSE Website, November 2021 (https://pravo.hse.ru/intprilaw/news/535173567.html?_r=12792311638179993.63254&__t=6686405&__r=OK)
- "Outcomes of the Russian arbitration reform: 5 years on", September 28, 2021 (https://www.kommersant.ru/doc/4998289?query=%D0%9A%D0%BE%D0%BD%D1%81%D1%82%D0%B0%D0%BD%D1%82%D0%B8%D0%BD%20%D0%9A%D1%80%D0%BE%D0%BB%D1%8C)
- Interview on the recent developments in the Russian market, CEE Legal Matters, August 2021 (https://ceelegalmatters.com/russia/17500-the-buzz-in-russia-interview-with-konstantin-kroll-of-dentons)
- "CIArb in Russia", Commercial Arbitration magazine by the Chamber of Commerce and Industry of the Russian Federation, Issue No. 1(6), June 2021
- "Frustration of an English law governed contract due to supervening foreign illegality", Arbitration.ru Magazine, No. 10 (24), December 2020
- "New rules of Russian Arbitrazh Procedure Code regarding exclusive jurisdiction over sanctions-related disputes", Legal Insight Magazine, No. 10 (96), December 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties", Commercial Arbitration magazine by the Chamber of Commerce and Industry of the Russian Federation, Issue No. 2(4), December 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties", WorldECR magazine (www.worldecr.com), Issue 93, October 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties", Thomson Reuters Practical Law Arbitration Blog (http://arbitrationblog.practicallaw.com/impact-of-sanctions-on-international-arbitration-involving-russian-parties-new-developments/), June 2020
- "Great Bear shrugs: Russia feels sanctions pain but business continues", WorldECR magazine (www.worldecr.com), Issue 89, May 2020
- "Sanctions Impact on Arbitration," *CEE Legal Matters*, January 2020
- Guest editorial in *CEE Legal Matters*, December 2019
- "The UK's Unexplained Wealth Orders," *Arbitration.Ru Magazine*, Issue #9, May 2019
- Co-author, "Choice of Law in Russian M&A and JV Transactions," *Corporate Lawyer Magazine*, May 2019
- Co-author, "The UK's Unexplained Wealth Orders," *Legal Insight*, December 2018
- Quoted in "A Blessing and a Curse: Sanctions a Mixed Bag for Foreign and Domestic Law Firms in Russia," *CEE Legal Matters*: Issue 5.8, August 2018
- "Russian Anti-Sanctions Measures," *CEE Legal Matters*, 1 November 2018
- Co-author, "Russian Counter-Sanctions Measures," *Westlaw Journal White Collar Crime*, 27 June 2018
- Co-author, "An Introduction to the UK's Unexplained Wealth Orders," *Law360*, 13 March 2018
- Quoted in "Sberbank Says Doubts over Courts Hamper Netting in Russia," *Risk.net*, August 2017
- Quoted in "Russian Central Bank Slams Ruling in €1bn Sberbank Swaps Case," *Risk: Derivatives*, June 2017
- Quoted in "Flight of Western Capital Forces Russian PE to Rebalance," *Unquote*, November 2016
- Interview on "Zarubezhneft's Acquisition of Majority Stake in Kharyaga Arctic Oilfield," *Lawyer Monthly*, May 2016

- Chapter on Russia in Getting the Deal Through / Structured Finance and Securitisations 2015, by *Law Business Research*, March 2015
- Chapter on setting up companies in offshore centers (BVI, Caymans, Cyprus) in a publication of the State Registration Chamber with the Ministry of Justice of the Russian Federation on registration of business ventures abroad, 2012
- Contribution to *Investing Across Borders 2010*, a publication by IFC, MIGA and the World Bank, 2010
- “The Rights of Noteholders in the Event of Default under a Eurobond vs. a Russian Bond,” September 2009
- “Regulation of Mergers and Acquisitions in Russia,” *Mergers and Acquisitions Handbook 2004/05*, Practical Law Company Ltd., London, May 2004
- Co-author, “Russian Federation – Recent Developments in Securities Legislation,” *International Bar Association, Eastern European Forum News*, (co-authored with Brian Zimbler), June 2003
- “Assignment (Pledge) of Offshore Accounts as a Means of Securing the Obligations of Russian Borrowers,” *Khozyaistvo & Pravo*, No.1, January 2002
- “The Legal Regulation of Foreign Investment in Russia,” Volume 6, Issue 1 of *Sudebnik*, by Simmonds and Hill publishing Ltd., London, March 2001
- “Taking Security Over the Offshore Foreign Currency Accounts of a Russian Borrower,” *Law in Transition*, a publication of EBRD, Autumn 2000
- Co-author, “The Impact of the Euro on Russia,” *Euro Bulletin* (co-authored with Chris Owen), May 1999

## Speeches and Programmes

- Presenting on “Russian state court judgments are not enforceable abroad, hence no risk to an EU respondent – a practical reality or a deceptive myth?”, Arbitration Lab 2026 CIS Workshop on CIS-related Disputes: Treaties, Sanctions, Compliance and Enforcement, on-line, October 5, 2026
- Presenting on “Recognition and enforcement of Russian court judgements in the UAE and internationally” during a satellite event/panel discussion organized by an UAE law firm NHB Legal during the Russian International Arbitration Congress (RIAC) 2026, Moscow, September 21, 2026
- Presenting on “Written Advocacy in Arbitration: The Statement of Claim and Statement of Defence”, Resolve Academy, on-line, August 22, 2026
- Presenting on "Hot Topics in International Arbitration. Impact of Sanctions on Arbitration" at the opening session of the Arbitration Winter Academy under the auspices of the Russian Arbitration Center, on-line, January 24, 2026
- Presenting on "Impact of Russian Counter-Sanctions Procedural Measures on Enforceability of Foreign Arbitral Awards in Russia" at the Russian International Arbitration Congress (RIAC) 2025 satellite event by the Israeli Institute of Commercial Arbitration, Moscow, May 15, 2025
- Presenting on Market Disruption Readiness, MLA College London in conjunction with CIFAL (International Training Centre for Authorities and Leaders) and UNITAR (United Nations Institute for Training and Research) Conference, London, May 24, 2024
- Presenting on "Trends in construction disputes in the MENA region and recent changes in AIAC Arbitration Rules" at the Resolution of Construction Disputes Conference, Moscow, April 25, 2024
- Presenting on Market Disruption Readiness, JBIC Seminar, Tokyo - February, 2024
- Presenting on the subject of the "Impact of Bankruptcy on Arbitration - Russian and English law approach" at the ICC Conference on Construction and Infrastructure Disputes in International Arbitration, Moscow, September 21, 2023
- Presenting on the subject of the "Impact of sanctions on arbitrators appointments" at the RAC Webinar "Appointment of Arbitrators - Best Practices", April 25, 2023 (https://www.youtube.com/watch?v=meLNpEz6PWw running from 1.10 to 1.20)
- Presenting at the AmCham Russia webinar "New landscape of cross-border dispute resolution and arbitration", February 9, 2023

- "Choosing a pro-arbitration jurisdiction - strategy in the sanctions environment", ICC Arbitration Conference "International arbitration in 2023 - Change of the paradigm", Moscow, December 15, 2022
- "International investors' exits - new M&A opportunities in the Russian market", XIX Annual Russian CFO Summit, Moscow, November 2, 2022
- Presenting at the ICC Russia webinar "International Arbitration and Sanctions", August 23, 2022
- Presenting at the Dentons webinar "Impact of sanctions/counter sanctions on the insurance and reinsurance sector", April 6, 2022 (https://vimeo.com/697145680/9f72b8e351)
- Presenting at the AEB (Association of European Business) "Crisis Update - Sanctions and Counter-sanctions" webinar, April 1, 2022
- Presenting at the Dentons webinar "Sanctions latest: global insights from sanctions experts", March 14, 2022
- Presenting at the "Sanctions Outlook" webinar by the Belgian-Luxembourg Chamber of Commerce for Russia and Belarus, February 17, 2022
- Presenting at the "Decision Making in International Arbitration" webinar by ICC, February 2, 2022
- Moderating the "Impact of Sanctions on Commercial Arbitration" webinar by the Russian Arbitration Association, 19 January 2022 (https://youtu.be/eP7dAeTg5_8)
- "Impact of Bankruptcy on Arbitration: Comparison of English and Russian Law Position", ICC XIII Annual International Arbitration Conference "Russia as a Place for Dispute Resolution: New Era of International Arbitration", Moscow, 2 December 2021
- "Disputes in M&A deals - helicopter view", 13th Annual IBA/RAA "Mergers and Acquisitions in Russia and CIS" Conference, Moscow, November 26, 2021 (https://drive.google.com/file/d/1mz9LwWmrmr7clCyu2JHDl4YSDrLo05Ic/view?usp=sharing)
- "When is an arbitration about an English law option agreement in respect of shares in a Cypriot company a Russian corporate dispute?" English Law Week meets Russian Law Week 2021, 23 November 2021
- Moderating panel "Standardization of the market: investments and transactions in Russia", XIII Russian Private Equity Congress and IX Venture Investors Forum by CBonds/PREQVECA, Moscow, September 30, 2021
- "Impact of Sanctions on International Arbitration", The 13th ABA/RAA Conference on the Resolution of CIS-Related Business Disputes, Moscow, September 22, 2021
- Presenting at the Round Table "Clash of Cultures in International Arbitration", Uzbek Arbitration Week under the auspices of the Tashkent International Arbitration Centre, September 8, 2021
- Moderating sessions on "Arbitrators' Bias in International Arbitration - a Myth or Reality" and "Mitigating the Risk of Arbitrators' Bias - Practical Techniques and Recommendations" at the ICC Practicum "The Problem of Arbitrators' Bias in International Arbitration", September 3, 2021
- "Impact of Sanctions on International Arbitration", Russian Arbitration Association (RAA) Moot Court Conference, 27 August, 2021 (https://youtu.be/wQrKMCAUPn0 , running from 1.01 to 1.31h)
- Presenting at the on-line Round Table "Singapore, Hong Kong & Asian Jurisdictions: Trends in Dispute Resolution" by HKIAC and the Russian Presidential Academy of National Economy and Public Administration (RANEPA) LLM Programme in International Business Law (Parallel Degree with the University of London), 22 July, 2021 (https://www.youtube.com/watch?v=jlyMRQsECkM)
- Moderating Dentons' webinar on the "Enforceability of arbitration clauses in bankruptcy: Russia, Ukraine, England, France, Germany, Singapore and Hong Kong", 25 June, 2021
- Moderating session "Maximizing the Probative Value of Witness Evidence" at The Practicum "Witness Evidence in International Arbitration: En Route to Balanced Approach" Conference by ICC Russia, 16 June 2021, Moscow
- “Recent developments in commercial and cross-border arbitration in Russia”, CIS-Related Disputes: Treaties, Sanctions, Compliance and Enforcement Conference by CIS Arbitration Forum, 25 May, 2021
- “Impact of sanctions on international arbitration”, British-Russian Law Association (BRLA) webinar, 18 May 2021
- Interview by CBonds, 22 April 2021 (https://youtu.be/fmUfMH9qluE)

- "English vs. Russian law in M&A transactions in the Russian market", XI Russian M&A Congress by CBonds, 22 April 2021
- Live stream at the Moscow Lawyers YouTube Channel (https://youtu.be/Qr-yd_Kx0_Q), 15 April 2021
- "Impact of insolvency on arbitration", Arbitration and Fraud in Russia & CIS on-line conference by *Informa*, 14 April 2021
- "Impact of sanctions on arbitration", Interfax "Sanctions up-date" on-line conference, 7 April 2021
- Moderating session during English Law Week in Ekaterinburg, on-line conference by the Law Society of England and Wales and the Bar Council, 25 March 2021
- "Anti-suit injunctions in common law and civil law systems: practical aspects from the Russian perspective", Pravo.RU "Challenges and Opportunities during Sanctions" Conference, March 4, 2021
- Interview by the Ural Journal of Legal Research (www.lawresearch.ru) YouTube Channel (https://www.youtube.com/watch?v=TJ2IMddnYNc), 23 December 2020
- "New rules of Russian Arbitrazh (Commercial) Procedure Code regarding jurisdiction over sanctions-related disputes and their impact on international arbitration involving Russian parties", RAA VII Annual Arbitration Conference, 10 December 2020
- "June 2020 Amendments to the Russian Arbitrazh Procedural Code – Impact on International Arbitration involving parties under Russia related sanctions", English Law Week meets Russian Law Week 2020, 23 November 2020
- "Russia anti-sanctions measures and their impact on international arbitration", ICC Annual Arbitration Conference, Moscow, 5 November 2020
- International student moot court contest named after Prof. M.G. Rosenberg under the auspices of the All-Russia Academy of Foreign Trade and the Russian Chamber of Commerce and Industry. Arbitrating. October 2020 (https://lnkd.in/dGi8gmk)
- Corporate Arbitration Moot Court named after Professor V.P. Mozolin. Arbitrating (annually, 2017 – 2020) (https://modernarbitration.ru/en/mootcourts/mozolin/arbiters)
- "Impact of sanctions on arbitration of foreign economic disputes: status quo or search for alternative jurisdictions?" («Влияние санкций на разрешение внешнеэкономических споров: сохранение status quo или поиск альтернативных юрисдикций?»), On-line conference by Higher School of Economics (ВШЭ), 8 October 2020
- "International Arbitration in BRICS Countries", Joint Webinar by the Brazil and European Branches of CIArb (London Chartered Institute of Arbitrators), 23 September 2020
- "Recent Russian anti-sanctions measures and their impact on international arbitration involving Russian parties", XII ABA Conference on the Resolution of CIS-Related Business Disputes, 17 September 2020 (on-line)
- "Reform of Legal Profession in Russia", Vedomosti Annual Legal Forum, Moscow, 11 September 2020
- Moderating Dentons/ICC Conference "The impact of new rules of Russia's Commercial Procedure Code granting Russian courts exclusive jurisdiction over sanctions-related disputes", 9 September 2020 (on-line)
- "Changing legal profession" webinar/round table by "RANEPA-University of London Parallel Degree LLM Programme in International Law", 13 July 2020 (https://www.youtube.com/watch?v=O4zhcTVSmzU)
- "Choice of Applicable Law", ICC Arbitration on-line Webinar, 7 July 2020
- "HKIAC as an arbitral forum of choice for Russia related transactions", HKIAC (Hong Kong International Arbitration Centre) on-line Webinar, 17 June 2020
- "Lawyers on-line. Changing Legal Profession" webinar/round-table by "Moscow Lawyers", 8 April 2020 (https://youtu.be/sViqEd07BRA)
- "Impact of Sanctions on Arbitration", ICC Annual Arbitration Conference, Moscow, 3 December 2019
- "UK Unexplained Wealth Orders (UWOs)", English Law Week, Moscow, 13 November 2019
- Interview by *Moscow Lawyers* YouTube Channel, October 2019 (https://www.youtube.com/watch?v=Ut6xqjmeEy8)
- "UK Unexplained Wealth Orders", *RAA Arbitration Conference*, Moscow – June 2019

## Memberships

- Law Society, England and Wales, solicitor
- Law Society, Republic of Ireland, solicitor (non-practicing)
- Moscow Bar Association/Advocates Chamber, advocate
- Chartered Institute of Arbitrators (CIArb), Fellow (FCIArb) and Vice-President of the Russian Chapter
- ICC Russia working groups on *phycology in arbitration* and *addressing issues of corruption in arbitration*, member
- Russian Arbitration Association (RAA) working group *on legal citation*, member
- Commission *on development of arbitration and ADR* at the Moscow Branch of the Association of Lawyers of Russia, member
- Academic Council of the Higher School of Economics Master's Program "*International Private Law and International Commercial Arbitration*", member and visiting lecturer
- International Swaps & Derivatives Association (ISDA), CEE/CIS Committee
- Association of International Petroleum Negotiators (AIPN)