WESLEY SZE, SBN 306715
wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

JASON W. MYATT (*pro hac vice* forthcoming)
jmyatt@gibsondunn.com
ANDREI F. MALIKOV (*pro hac vice* forthcoming)
amalikov@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000

OLEH VRETSONA (*pro hac vice* forthcoming)
ovretsona@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Telephone: 202.955.8500

*Attorneys for Plaintiff*
*Apple Inc.*

FILED

Oct 26 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>VK LLC,<br><br>Defendant. | Case No. 5:26-cv-12159-PCP<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. P. Casey Pitts<br>Courtroom: 8, 4th Floor |

**PROOF OF SERVICE**

I, Elizabeth Oldiges, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 310 University Avenue, Palo Alto, California 94301-1744, in said County and State.

On October 23, 2026, I served Defendant VK LLC with the foregoing documents, together with certified Russian translations of each document:

- **SUMMONS IN A CIVIL ACTION ISSUED TO DEFENDANT VK LLC**
- **COMPLAINT FOR DAMAGES, INJUNCTIVE, AND DECLARATORY RELIEF**
- **ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
- **ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY SEAL CASE**
- **PLAINTIFF APPLE INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**
- **PLAINTIFF APPLE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
- **PROPOSED SUMMONS**
- **PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY SEAL CASE**
- **[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY SEAL CASE**
- **PLAINTIFF APPLE INC.'S MOTION FOR ALTERNATIVE SERVICE BY EMAIL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S EX PARTE MOTION FOR ALTERNATIVE SERVICE BY EMAIL**
- **PLAINTIFF APPLE INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
- **DECLARATION OF KONSTANTIN KROLL IN SUPPORT OF APPLE INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND**

**ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

- **DECLARATION OF KONSTANTIN KROLL – EXHIBIT A**
- **PLAINTIFF APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND (2) MOTION FOR ALTERNATIVE SERVICE**
- **DECLARATION OF CAREY KOZLOWSKI**
- **DECLARATION OF CAREY KOZLOWSKI – EXHIBIT A**
- **DECLARATION OF CAREY KOZLOWSKI – EXHIBIT B**
- **DECLARATION OF CAREY KOZLOWSKI – EXHIBIT C**
- **DECLARATION OF WESLEY SZE**
- **DECLARATION OF WESLEY SZE – EXHIBIT 1**
- **DECLARATION OF WESLEY SZE – EXHIBIT 2**
- **DECLARATION OF WESLEY SZE – EXHIBIT 3**
- **DECLARATION OF WESLEY SZE – EXHIBIT 4**
- **DECLARATION OF WESLEY SZE – EXHIBIT 5**
- **DECLARATION OF WESLEY SZE – EXHIBIT 6**
- **DECLARATION OF WESLEY SZE – EXHIBIT 7**
- **DECLARATION OF WESLEY SZE – EXHIBIT 8**

Pursuant to the Court's Order Granting *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (Dkt. 16) and Federal Rule of Civil Procedure 4(f)(3), I served the documents by e-mail to the following e-mail addresses:

- iOS-mail.ru@corp.mail.ru
- a.zurabyan@artdelex.ru
- a.khrisanfova@artdelex.ru
- legal_dep@vk.company

As of the signing of this declaration, the transmission was reported as complete and successful, and I have received no notification or electronic bounce-back message indicating that the electronic transmission was undeliverable or unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2026, in Palo Alto, California.

Elizabeth Oldiges

Elizabeth Oldiges