WESLEY SZE, SBN 306715
wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

JASON W. MYATT (*pro hac vice*)
jmyatt@gibsondunn.com
ANDREI F. MALIKOV (*pro hac vice*)
amalikov@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000

OLEH VRETSONA (*pro hac vice*)
ovretsona@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Telephone: 202.955.8500

*Attorneys for Plaintiff*
*Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>VK LLC,<br><br>Defendant. | Case No. 5:26-cv-12159-PCP<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. P. Casey Pitts<br>Courtroom: 8, 4th Floor |

# PROOF OF SERVICE

I, Wesley Sze, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 310 University Avenue, Palo Alto, California 94301-1744, in said County and State.

On October 31, 2026, I served Defendant VK LLC with the foregoing documents, together with certified Russian translations of each document not already in Russian:

- **PLAINTIFF APPLE INC.'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS APPLICATION FOR PRELIMINARY INJUNCTION**
- **DECLARATION OF ARTEM ANTONOV AND EXHIBITS A AND B THERETO**
- **SUPPLEMENTAL DECLARATION OF WESLEY SZE AND EXHIBIT A THERETO**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
- **JUDGE P. CASEY PITTS: STANDING ORDER FOR CIVIL CASES**
- **JUDGE P. CASEY PITTS: STANDING ORDER FOR CIVIL TRIALS**
- **JUDGE P. CASEY PITTS: STANDING ORDER REGARDING DISCOVERY DISPUTES NOT REFERRED TO THE MAGISTRATE JUDGE**
- **JUDGE P. CASEY PITTS: STANDING ORDER ON SUMMARY JUDGMENT**
- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

Pursuant to the Court's Order Granting *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (Dkt. 16) and Federal Rule of Civil Procedure 4(f)(3), I served the documents by e-mail to the following e-mail addresses:

- iOS-mail.ru@corp.mail.ru
- a.zurabyan@artdelex.ru
- a.khrisanfova@artdelex.ru
- legal_dep@vk.company

As of the signing of this declaration, the transmission was reported as complete and successful, and I have received no notification or electronic bounce-back message indicating that the electronic transmission was undeliverable or unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2026, in Palo Alto, California.

Wesley Sze